IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, | |
| Plaintiff, | No. C 11-03003 JSW |
| v. | |
| SAFEWAY, INC., | **ORDER DENYING STIPULATION RE BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

The Court DENIES the parties' joint stipulation regarding the briefing schedule on Defendant's motion to dismiss for failure to demonstrate good cause. The case management conference shall be CONTINUED to January 6, 2012, after disposition of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE