# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br>Defendant.<br>_____/ | Case No.  3:11-cv-03003-JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court  Processes:
☐ Non-binding Arbitration (ADR L.R. 4)
X Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5.)

Private  Process:
☐ Private ADR (please identify process and provider) _____

_____

The parties agree to hold the ADR session by:
X the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐   other requested deadline _____

Dated: Sept. 9, 2011                              _____/s/ Lesley E. Weaver_____
                                                  LESLEY E. WEAVER
                                                  Attorney for Plaintiff
                                                  MICHAEL RODMAN


Dated: Sept. 9, 2011                              _____/s/ P. Craig Cardon_____
                                                  P. CRAIG CARDON

                                                  Attorney for Defendant
                                                  SAFEWAY INC.

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration
X Early Neutral Evaluation (ENE)
☐ Mediation
☐ Private ADR

Deadline for ADR session
X 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: _____  September 12, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
JUDGE