Lesley E. Weaver (SBN 191305)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
199 Fremont Street, 20th Floor
San Francisco, CA 92101
Telephone: (415) 992-7282
Facsimile: (415) 489-7701
lweaver@sfmslaw.com

mailto:sshepherd@sfmslaw.com [Other Counsel listed on signature page]

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
ELIZABETH S. BERMAN, Cal. Bar No. 252377
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:       ccardon@sheppardmullin.com
              bblackman@sheppardmullin.com
              eberman@sheppardmullin.com

Attorneys for Defendant
SAFEWAY INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No. 3:11-CV-03003 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:        March 30, 2012<br>Time:        1:30 PM<br>Courtroom:   11, 19th Floor<br><br>The Honorable Jeffrey S. White |

Plaintiff Michael Rodman ("Plaintiff") and defendant Safeway Inc. ("Safeway"), by and through their counsel, stipulate:

1.     Plaintiff filed his Class Action Complaint on June 17, 2011 (Dkt. No. 1) and later amended his complaint on September 15, 2011 (Dkt. No. 29).  The Amended Complaint, which is the operative complaint, alleges claims for breach of contract, violation of California's Consumer Legal Remedies Act (Civ. Code § 1770, et seq.), false advertising (Bus. & Prof. Code § 17500, et seq.) and unfair competition (Bus. & Prof. Code § 17200, et seq.).  In support of his claims, Plaintiff alleges that Safeway misrepresented to customers that the prices they would be charged for groceries ordered online for home delivery would be the same as the price charged on that day in the customers' local brick-and-mortar store.

2.     Safeway moved to dismiss the Amended Complaint, which the Court denied by order entered November 1, 2011 (Dkt. No. 38).  Safeway answered the Amended Complaint, denying it misrepresented its online store pricing and alleging various affirmative defenses, on November 15, 2011 (Dkt. No. 39).

3.     On December 1, 2011, the parties participated in an Early Neutral Evaluation before Stephen E. Taylor, Esq.  As reflected by Mr. Taylor's Certification of ADR Session (Dkt. No. 40), the parties agreed to continue their ADR efforts through a full day mediation.

4.     By order entered January 3, 2011, the Court continued the initial case management conference to March 23, 2012 to allow the parties time to complete their efforts to settle this matter (Dkt. No. 43).

5.     The parties have agreed to conduct a full day mediation before Judge William Cahill at JAMS in San Francisco and are in the process of informally exchanging discovery each side believes they require to facilitate a productive mediation session.

6.     Due to Judge Cahill's calendar, the parties' and counsel's availability and some medical concerns involving Safeway's party representative, the first available date

W02-WEST:5BB\404856886.1

1   for the mediation was April 10, 2012. The matter is presently confirmed for a full-day

2   mediation before Judge Cahill on that date.

3          7.     Based on the prior settlement discussions and the impending mediation, the

4   parties jointly request the Court continue the March 23, 2012 Case Management

5   Conference to April 20, 2012, with a joint case management conference statement due on

6   April 13, 2012, or a date thereafter convenient to the Court.

7          **IT IS SO STIPULATED.**

8   Dated: March 14, 2012

9                      SHEPHERD, FINKELMAN, MILLER & SHAH LLP

10

11                By _____ */s/ James C. Shah*_____

12                          LESLEY E. WEAVER
                            JAMES C. SHAH

13                 Attorneys for Plaintiff MICHAEL RODMAN

14  Dated: March 14, 2012     CHIMICLES & TIKELLIS, LLP

15

16                By _____ */s/ Steven A. Schwartz*_____

17                        STEVEN A. SCHWARTZ
                         TIMOTHY N. MATHEWS

18                 Attorneys for Plaintiff MICHAEL RODMAN

19  Dated: March 14, 2012     SHEPPARD MULLIN RICHTER & HAMPTON LLP

20

21                By _____ */s/ Brian R. Blackman*_____

22                         P. CRAIG CARDON

23                       BRIAN R. BLACKMAN
                       ELIZABETH S. BERMAN

24               Attorneys for Defendant SAFEWAY INC.

25

26

27

28

                                  - 2 -

## ORDER

Having considered the parties' stipulation and good cause appearing, the Court continues the March 23, 2012 Case Management Conference to April 20, 2012 at 1:30 PM in Courtroom 11, 19th Floor.  The joint case management statement shall be due on or before April 13, 2012.

**IT IS SO ORDERED.**

Dated:  March  15, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

W02-WEST:5BB\404856886.1                              STIP. & ORDER CONTINUING CMC