1  Lesley E. Weaver (SBN 191305)
   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
2  199 Fremont Street, 20th Floor
   San Francisco, CA 92101
3  Telephone: (415) 992-7282
   Facsimile: (415) 489-7701
4  lweaver@sfmslaw.com

5  [Other Counsel listed on signature page]

6  Attorneys for Plaintiff and on Behalf
   of All Others Similarly Situated
7

8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
9      Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
10 ccardon@sheppardmullin.com
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
11 bblackman@sheppardmullin.com
   ELIZABETH S. BERMAN, Cal. Bar No. 252377
12 eberman@sheppardmullin.com
   4 Embarcadero Center, 17th Floor
13 San Francisco, California 94111-4109
   Telephone:   415-434-9100
14 Facsimile:   415-434-3947

15 Attorneys for Defendant
   SAFEWAY INC.
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19

20 MICHAEL RODMAN, on behalf of           Case No. 3:11-CV-03003 JSW
   himself and all others similarly situated,
21                                         STIPULATION AND [PROPOSED]
          Plaintiff,                       ORDER CONTINUING CASE
22                                         MANAGEMENT CONFERENCE
          v.
23                                         Date:      April 20, 2012
   SAFEWAY INC.,                           Time:      1:30 PM
24                                         Courtroom: 11, 19th Floor
          Defendant.
25                                         The Honorable Jeffrey S. White

26

27

28

W02-WEST:5BB\404938312.1                           STIP. & ORDER CONTINUING CMC

Plaintiff Michael Rodman ("Plaintiff") and defendant Safeway Inc. ("Safeway"), by and through their counsel, stipulate:

1.      Plaintiff filed his Class Action Complaint on June 17, 2011 (Dkt. No. 1) and later amended his complaint on September 15, 2011 (Dkt. No. 29).  The Amended Complaint, which is the operative complaint, alleges claims for breach of contract, violation of California's Consumer Legal Remedies Act (Civ. Code § 1770, et seq.), false advertising (Bus. & Prof. Code § 17500, et seq.) and unfair competition (Bus. & Prof. Code § 17200, et seq.).  In support of his claims, Plaintiff alleges that Safeway misrepresented to customers that the prices they will be charged for groceries ordered online for home delivery would be the same as the price charged on that day in the customers' local brick-and-mortar store.

2.      Safeway moved to dismiss the Amended Complaint, which the Court denying by order entered November 1, 2011 (Dkt. No. 38).  Safeway answered the Amended Complaint, denying it misrepresented its online store pricing and alleging various affirmative defenses, on November 15, 2011 (Dkt. No. 39).

3.      On December 1, 2011, the parties participated in an Early Neutral Evaluation before Stephen E. Taylor, Esq.  As reflected by Mr. Taylor's Certification of ADR Session (Dkt. No. 40), the parties agreed to continue their ADR efforts through a full day mediation.

4.      By orders entered January 3, 2011 and March 15, 2012, the Court continued the initial case management conference to March 23, 2012 and then to April 20, 2012 to allow the parties time to complete their efforts to settle this matter (Dkt. Nos. 43 and 45).

5.      The parties were originally scheduled for a full days mediation before Judge William Cahill (Ret.) at JAMS in San Francisco on April 10, 2012.  The parties further agreed to informally exchange discovery information necessary to facilitate a productive mediation session.

6.      Due to the medical condition of Safeway's representative and recovery time following her surgery, Safeway was unable to prepare for and participate in a mediation on

- 1 -

STIP. & ORDER CONTINUING CMC

1 April 10th.  The parties, therefore, continued the mediation to May 15, 2012, which was

2 the next available date on Judge Cahill's and all parties' calendar.

3        7.        The parties have since exchanged their informal mediation discovery and the

4 matter has been confirmed for a full-day mediation before Judge Cahill on May 15th.  The

5 parties do not anticipate any further delays.

6        8.        Given the unforeseen medical complications and the ongoing settlement

7 discussions, the parties jointly request the Court continue the April 20, 2012 Case

8 Management Conference to May 25, 2012, with a joint case management conference

9 statement due on May 18, 2012, or a date thereafter convenient to the Court.

10        **IT IS SO STIPULATED.**

11 Dated:  April 12, 2012

12                                        SHEPHERD, FINKELMAN, MILLER & SHAH LLP

13

14                                        By _____ */s/ James C. Shah*_____

15                                            LESLEY E. WEAVER
                                             JAMES C. SHAH

16                                        Attorneys for Plaintiff MICHAEL RODMAN

17 Dated:  April 12, 2012        CHIMICLES & TIKELLIS, LLP

18

19                                        By _____ */s/ Steven A. Schwartz*_____

20                                            STEVEN A. SCHWARTZ
                                             TIMOTHY N. MATHEWS

21                                        Attorneys for Plaintiff MICHAEL RODMAN

22 Dated:  April 12, 2012        SHEPPARD MULLIN RICHTER & HAMPTON LLP

23

24

25                                        By _____ */s/ Brian R. Blackman*_____
                                             P. CRAIG CARDON

26                                            BRIAN R. BLACKMAN

27                                        Attorneys for Defendant SAFEWAY INC.

28

- 2 -

**ORDER**

Having considered the parties' stipulation and good cause appearing, the Court continues the April 20, 2012 Case Management Conference to May 25, 2012 at 1:30 PM in Courtroom 11, 19th Floor.  The joint case management statement shall be due on or before May 18, 2012.

**IT IS SO ORDERED.**

Dated:  April 13, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

W02-WEST:5BB\404938312.1                                STIP. & ORDER CONTINUING CMC