SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
ROSE F. LUZON (SBN 221544)
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz (admitted *pro hac vice*)
Timothy N. Mathews (admitted *pro hac vice*)
361 W. Lancaster Avenue
Haverford, PA  19041
Telephone:  (610) 642-8500

Attorneys for Plaintiff Michael Rodman
on behalf of himself and all others
similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant | No.  CV 11-03003 JSW<br><br>**NOTICE OF CHANGE OF COUNSEL** |

NOTICE OF CHANGE OF COUNSEL
CV 11-03003 JSW

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lesley E. Weaver is hereby withdrawn as counsel of record in this matter.  Pursuant to General Order No. 45, please remove Ms. Weaver from the service list in this case so that she will no longer receive Notices of Electronic Filing related to this case.

Dated: July 2, 2012                                  Respectfully Submitted,

/s/ Rose F. Luzon
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
ROSE F. LUZON (SBN 221544)
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

Attorneys for Plaintiff Michael Rodman