| | |
|---|---|
| 1 | James C. Shah (SBN 260435)<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLP |
| 2 | 401 West A Street, Suite 2350<br>San Diego, CA 92101 |
| 3 | Telephone: (619) 235-2416<br>Facsimile: (619) 235-7334 |
| 4 | jshah@sfmslaw.com |
| 5 | [Other Counsel listed on signature page] |
| 6 | Attorneys for Plaintiff and on Behalf<br>of All Others Similarly Situated |
| 7 | |
| 8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations |
| 9 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| 10 | BRIAN R. BLACKMAN, Cal. Bar No. 196996<br>ELIZABETH S. BARCOHANA, Cal. Bar No. 252377 |
| 11 | 4 Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109 |
| 12 | Telephone:    415-434-9100<br>Facsimile:     415-434-3947 |
| 13 | E-Mail:        ccardon@sheppardmullin.com<br>                  bblackman@sheppardmullin.com |
| 14 |                   eberman@sheppardmullin.com |
| 15 | Attorneys for Defendant<br>SAFEWAY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>SAFEWAY INC.,<br><br>      Defendant. | Case No. 3:11-CV-03003 JSW<br><br>[PROPOSED] **ORDER MODIFYING BRIEFING SCHEDULE**<br><br>The Honorable Jeffrey S. White |

## ORDER

Having considered the parties' stipulation and good cause appearing, the Court orders the following briefing schedule for plaintiff's Motion for Class Certification:

    a. **Motion for Class Certification:**

        Plaintiff's class certification motion and all supporting papers shall be filed on or before January 31, 2013;

    b. **Safeway's Opposition:**

        If Plaintiff <u>does not</u> submit any expert report in connection with his motion for class certification, Safeway shall have 45 days to submit its opposition and any supporting papers including any expert report(s).

        If Plaintiff <u>does</u> submit an expert report in connection with his motion for class certification, Safeway shall have 75 days to complete any fact and/or expert discovery relevant to the report and submit its opposition and supporting papers, including any expert or rebuttal reports.

    c. **Plaintiff's Reply:**

        If Safeway <u>does not</u> submit any expert report in connection with its opposition, Plaintiff shall have 30 days to submit his reply in support of class certification.

        If Safeway <u>does</u> submit any expert report in connection with its opposition, Plaintiff shall have 75 days to complete any fact and/or expert discovery relevant to the report and submit his reply and supporting papers, including any expert or rebuttal reports.

-- 1 --

SMRH:406977196.1      [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE: Case No. C11-03003 JSW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 5, 2012

_____
The Honorable Jeffrey S. White
United States District Judge