IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODMAN,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

No. C 11-03003 JSW

**ORDER RE MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF THE MAGISTRATE JUDGE**

The Court, having reviewed the Defendants' objections to the order dated October 19, 2012, issued by Magistrate Judge Spero, remands the issue regarding the scope of discovery to Judge Spero to conduct a further discovery conference. The parties shall keep in mind the exhortation of the Court to limit the scope of initial discovery to the central determinative issues with an eye toward settlement.

**IT IS SO ORDERED.**

Dated: November 8, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE