UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, | Case No. 3:11-CV-03003 JSW (JCS) |
| Plaintiff(s), | **ORDER TO MEET AND CONFER AND FILE JOINT LETTER** |
| v. | |
| SAFEWAY, INC., | |
| Defendant(s). | |

Lead counsel for the parties shall meet and confer, and file with the Court within seven (7) days of this order, a joint letter (not to exceed 5 pages) that sets forth each party's position, and compromise offers, on the scope of discovery that should be conducted on the central issues in this case and/or is necessary before productive settlement discussions may begin. The parties shall also address the timing of such discovery in relation to the deadlines set by Judge White in this case. In addition to any other matters, the parties shall address the matters raised in the Joint Letter dated October 8, 2012, [docket no. 62] regarding the scope of discovery and whether those matters are on the central issues in the case and/or are necessary for productive settlement discussions. The Court will hold a discovery conference on **November 30, 2012, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: November 8, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge