IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODMAN,

    Plaintiff,

  v.

SAFEWAY, INC.,

    Defendant.

_____/

No. C 11-03003 JSW

**ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**

    The Plaintiff has requested an extension of time to file his motion for class certification. Safeway does not oppose the request for an extension. The parties do, however, dispute the appropriate length of the extension.

    The Court VACATES the filing deadline of January 31, 2013, and shall issue a further order setting a date by which Plaintiff must file his motion.

    **IT IS SO ORDERED.**

Dated: January 31, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE