UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL RODMAN,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant. | Case No. 11-cv-03003-JST<br><br>**MINUTE ORDER IN RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 83. |
|---|---|

Before the Court is Plaintiff's Motion to extend the time to file a motion for class certification, which was filed on January 25, 2013, before this case was reassigned. Dkt. No. 83. Subsequent to Plaintiff's Motion, Judge White vacated the deadline to file a motion for class certification. Dkt. No. 89. Therefore, Plaintiff's Motion is hereby terminated.

The Reassignment Order requires the parties to familiarize themselves with the Court's standing orders and to file case management statements, either jointly or separately, within 15 days of the Reassignment Order. Dkt. No. 91. In their statement or statements, the parties are ordered to address any deadlines in place before reassignment, and describe any requested modifications of those dates. The parties are also directed to address the status of their negotiations and discovery processes.

/ / /

/ / /

/ / /

/ / /

/ / /

The Court will be in a better position to evaluate the proper deadline for filing a motion for class certification after the receipt of this information.

**IT IS SO ORDERED**.

Dated: February 22, 2013

_____
Jon S. Tigar
United States District Judge