1  James C. Shah (SBN 260435)
   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
2  401 West A Street, Suite 2350
   San Diego, CA 92101
3  Telephone: (619) 235-2416
   Facsimile: (619) 235-7334
4  jshah@sfmslaw.com

5  [Other Counsel listed on signature page]

6  Attorneys for Plaintiff and on Behalf
   of All Others Similarly Situated
7

8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
9     Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
10 ccardon@sheppardmullin.com
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
11 bblackman@sheppardmullin.com
   ELIZABETH S. BARCOHANA, Cal. Bar No. 252377
12 eberman@sheppardmullin.com
   4 Embarcadero Center, 17th Floor
13 San Francisco, California 94111-4109
   Telephone:   415-434-9100
14 Facsimile:   415-434-3947

15 Attorneys for Defendant
   SAFEWAY INC.
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20 MICHAEL RODMAN, on behalf of           Case No. 3:11-CV-03003-JST (JCS)
   himself and all others similarly situated,
21                                        **STIPULATION AND [PROPOSED]**
                                          **ORDER CONTINUING CASE**
22         Plaintiff,                     **MANAGEMENT CONFERENCE**

23         v.                             Date:       April 2, 2013
                                          Time:       2:00 PM
24 SAFEWAY INC.,                          Courtroom:  9, 19th Floor

25         Defendant.                     The Honorable Jon S. Tigar

26

27

28

1     Plaintiff Michael Rodman ("Plaintiff") and defendant Safeway Inc. ("Safeway"), by
2 and through their counsel, stipulate as follows:
3     1.    On February 11, 2013, this case was reassigned from the Hon. Jeffrey S.
4 White to the Hon. John S. Tigar (Dkt. No. 91).
5     2.    Pursuant to the Court's Reassignment Order, the parties filed a joint case
6 management statement (Dkt. No. 95) on February 26, 2013.
7     3.    On March 12, 2013, subsequent to parties filing their joint case management
8 conference statement, the Court ordered that the parties to appear for a case management
9 conference on April 2, 2013 at 2:00 p.m. (Dkt. No. 96).
10     4.    Prior to receiving the Court's order setting the April 2, 2013 case
11 management conference, lead counsel for Safeway was scheduled to travel to China for
12 work purposes. As a result, counsel for Safeway will be traveling in China the week
13 before the currently scheduled April 2, 2013 case management conference. In addition,
14 Safeway's lead counsel has previously scheduled meetings in Los Angeles the week of his
15 return, including on April 2, 2013. Counsel for Safeway is concerned that he will lack
16 sufficient time to prepare for and attend the case management conference as a result of his
17 travels in China and the scheduled meetings.
18     5.    Given the unforeseen travel issues arising out of the currently scheduled
19 April 2, 2013 case management conference, the parties stipulate – subject to the Court's
20 approval – to continuing the April 2, 2013 case management conference one week, to April
21 9, 2012, or a date thereafter convenient to the Court.
22     **IT IS SO STIPULATED.**
23 Dated: March 21, 2013

    SHEPHERD, FINKELMAN, MILLER & SHAH LLP

    By     */s/ James C. Shah*
    JAMES C. SHAH
    Attorneys for Plaintiff MICHAEL RODMAN

- 1 -

Dated:  March 21, 2013        CHIMICLES & TIKELLIS, LLP

By  */s/ Steven A. Schwartz*
STEVEN A. SCHWARTZ
TIMOTHY N. MATHEWS
Attorneys for Plaintiff MICHAEL RODMAN

Dated:  March 21, 2013        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  */s/ Brian R. Blackman*
P. CRAIG CARDON
BRIAN R. BLACKMAN
Attorneys for Defendant SAFEWAY INC.

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation and [proposed] Order Continuing Case Management Conference.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that James C. Shah and Steven A. Schwartz have concurred in this filing.

Dated:  March 21, 2013         SHEPPARD MULLIN RICHTER & HAMPTON LLP


                               By         */s/ Brian R. Blackman*
                                         BRIAN R. BLACKMAN

## ORDER

Having considered the parties' stipulation and good cause appearing, the Court continues the April 2, 2013 Case Management Conference to April 9, 2013 at 2:00 PM in Courtroom 9, 19th Floor.

**IT IS SO ORDERED.**

Dated:  March  25, 2013

_____
The Honorable Jon S. Tigar
United States District Judge

- 1 -