UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL RODMAN, | |
|---|---|
| Plaintiff, | Case No. 11-cv-03003-JST |
| v. | |
| | **SCHEDULING ORDER** |
| SAFEWAY, INC., | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file opening briefs regarding class certification | July 16, 2013 |
| Further Case Management Conference | July 24, 2013 at 2:00 p.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The Court hereby orders the parties to meet and confer regarding a schedule for Alternative Dispute Resolution.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation. The parties should proceed to prepare their cases for trial. No continuance, even if stipulated,

1  shall be granted on the ground of incomplete preparation without competent and detailed
2  declarations setting forth good cause.
3  Dated: April 10, 2013

_____
JON S. TIGAR
United States District Judge