1 | James C. Shah (SBN 260435)
Scott R. Shepherd
2 | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
3 | San Diego, CA 92101
Telephone: (619) 235-2416
4 | Facsimile: (619) 235-7334
jshah@sfmslaw.com
5 | sshepherd@sfmslaw.com

CHIMICLES & TIKELLIS LLP
7 | Steven A. Schwartz
Timothy N. Mathews
8 | 361 W. Lancaster Avenue
Haverford, PA 19041
9 | Telephone: (610) 642-8500

Attorneys for Plaintiff and On Behalf
11 | of All Others Similarly Situated

12 | SHEPPARD, MULLIN RICHTER & HAMPTON LLP
A Limited Partnership
13 | Including Professional Corporations
P. CRAIG CARDON (SBN 168646)
14 | BRIAN R. BLACKMAN (SBN 196996)
15 | 4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
16 | Telephone: (415) 434-9100
Facsimile: (415) 434-3947
17 | ccardon@sheppardmullin.com
bblackman@sheppardmullin.com

Attorneys for Defendant
19 | SAFEWAY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.<br>Defendant. | Case No. 3:11-CV-03003 JST (JCS)<br><br>**[PROPOSED]** ORDER |

H0027972.

1    Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED
2  THAT:
3    1.   The parties shall file their class certification papers according to the following
4  schedule:
   - Opening Briefs due September 27, 2013;
   - Responses due October 25, 2013;
   - Replies due November 15, 2013; and
   - Motion Hearing set for December 5, 2013 at 2:00 PM

2.   The Case Management Conference scheduled for September 18, 2013 is
CONTINUED to ~~October 2, 2013~~ December 5, 2013 at 2:00 p.m. Further Case Management Statements are not required.

Date: August  26 , 2013

IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar

H0027972.