PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

Re:   *Rodman v. Safeway, Inc.*
      U.S.D.C., Case No. 3:11-cv-03003 JST(JCS)

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 401 West A Street, Suite 2350, San Diego, CA  92101.  On September 24, 2013, I served copies of the within document described as PLAINTIFF'S NOTICE OF MOTION AND CONDITIONAL MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF LAW IN SUPPORT (REDACTED); AND DECLARATION OF TIMOTHY MATHEWS WITH EXHIBITS (REDACTED) on the interested parties in this action as follows:

**See Attached Service List**

☐     **BY MAIL** I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at San Clemente, CA.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after dated of deposit for mailing in affidavit.
*X*     **BY PERSONAL SERVICE** – I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.
☐     **BY EXPRESS MAIL/OVERNIGHT DELIVERY** I caused such envelope to be delivered by hand to the offices of the addressee via overnight delivery pursuant to C.C.P. § 1013(c) with delivery fees fully prepaid or provided for.
☐     **BY FACSIMILE** I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e).  The facsimile number I used complied with California Rules of Court, Rules 2003(3) and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.
        **BY CM/ECF** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the email address(es) set forth pursuant to FRCP 5(d)(1).
☐     **FEDERAL** I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed on September 27, 2013 at San Diego, CA.

/s/     *Chiharu Sekino*

Proof of Service

*SERVICE LIST*

P. CRAIG CARDON
BRIAN R. BLACKMAN
ELIZABETH S. BERMAN
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Tel:  415-434-9100
Fax:  415-434-3947
ccardon@sheppardmullin.com
bblackman@sheppardmullin.com
eberman@sheppardmullin.com