UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODMAN,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

Case No. 11-cv-03003-JST

**ORDER TERMINATING RE-FILED MOTION FOR CLASS CERTIFICATION AND VACATING HEARING NOTICED FOR JANUARY 16, 2014**

Re: ECF No. 124

When the Court grants in part and denies in part a motion to seal, the filing party may "file[] a revised redacted version of the document which comports with the Court's order within 7 days," but the filing party does not need to file the entire motion all over again and notice another, later, hearing date. Civ L.R. 79-5(f)(3). The Court therefore TERMINATES the motion at ECF No. 124, and VACATES the hearing noticed for January 16, 2014. The motion to seal filed at ECF No. 114 remains on calendar for hearing on December 5, 2013.

If Plaintiff did intend to continue the hearing, or to withdraw the motion at ECF No. 114 and notice it for a later date, he shall file the appropriate motion pursuant to Local Rules 6-1 and 7-7.

**IT IS SO ORDERED.**

Dated: November 5, 2013

_____
JON S. TIGAR
United States District Judge