United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODMAN,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

Case No.  11-cv-03003-JST

**MINUTE ORDER CLARIFYING DATE FOR DEFENDANT TO FILE DOCUMENTS IN THE PUBLIC RECORD**

Re: ECF No. 140

In its order dated December 25 and filed December 30, the Court stated that Defendant could not file a modified version of its opposition brief and unsealed versions of its exhibits "until four days from the date of this Order elapse." ECF No. 140 (citing Civil L.R. 79-5(e)).  Since the Court's order was not filed until December 30, and since several of the intervening days fall on Court holidays, the Court hereby notifies the parties that Defendant may not file the documents in the public record until 5:00 P.M. on Monday, January 6.  If, before that time, Plaintiff notifies the Court that its failure to file a supporting declaration was in error, demonstrates good cause for its failure to file, and indicates that it will file such a declaration promptly, the Court is likely to approve a modest delay in the deadline for Defendant to docket an unsealed version of its filings so that the Court can consider Plaintiff's argument in support of sealing.

**IT IS SO ORDERED.**

Dated:  January 2, 2014

_____
JON S. TIGAR
United States District Judge