James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 235-7334
jshah@sfmslaw.com

[Other Counsel listed on signature page]

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BRIAN R. BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
JAY T. RAMSEY, Cal. Bar No. 273160
jramsey@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No. 3:11-CV-03003-JST (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SUPPLEMENTAL BRIEFING SCHEDULE**<br><br>The Honorable Jon S. Tigar |
|---|---|

SMRH:433258997.1

Case No. 3:11-CV-03003-JST (JCS)
STIP. & ORDER MODIFYING
SUPP. BRIEFING SCHEDULE

1    Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, plaintiff
2    Michael M. Rodman ("Plaintiff") and defendant Safeway Inc. ("Safeway" and, collectively, the
3    "Parties"), by and through their counsel, stipulate as follows:

4    1.    The parties, pursuant to the case management schedule, filed cross motions for
5    partial summary judgment (ECF No. 171) and summary judgment (ECF No. 173) on July 18,
6    2014, and opposition briefs on August 11, 2014 (ECF Nos. 183 and 187) (collectively the "Cross-
7    Motions").  The Court heard argument on the Cross-Motions on September 11, 2014.  ECF No.
8    198.

9    2.    Following argument on the Cross-Motions, the Court ordered supplemental
10   briefing on the issue of unconscionability with opening briefs due on Wednesday, October 1, 2014
11   and response briefs, if any, due on Wednesday, October 15, 2014 (ECF No. 200).

12   3.    Lead defense counsel has suffered a death in his family and will be unavailable for
13   next few days.  In light of this, the parties have agreed, subject to the Court's approval, that the
14   supplemental briefing schedule should be extended two days so that opening briefs will be due on
15   Friday, October 3, 2014 and response briefs, if any, will be due Friday, October 17, 2014.

16   4.    The parties have not previously sought an extension of the submission deadlines for
17   the supplemental briefing discussed above.  This brief extension will not adversely impact or delay
18   the case schedule.

19   **IT IS SO STIPULATED.**

20   Dated:  September 29, 2014            SHEPHERD, FINKELMAN, MILLER & SHAH LLP

23                                          By    */s/ James C. Shah*
                                                  JAMES C. SHAH
24                                                Attorneys for Plaintiffs

SMRH:433258997.1                          -1-          Case No. 3:11-CV-03003-JST (JCS)
                                                       STIP. & ORDER MODIFYING
                                                       SUPP. BRIEFING SCHEDULE

1 | Dated: September 29, 2014         CHIMICLES & TIKELLIS, LLP

By _____*/s/ Steven A. Schwartz*_____
STEVEN A. SCHWARTZ
TIMOTHY N. MATHEWS
Attorneys for Plaintiffs

Dated: September 29, 2014         SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____*/s/ Brian R. Blackman*_____
CRAIG CARDON
BRIAN R. BLACKMAN
JAY T. RAMSEY
Attorneys for Defendant SAFEWAY INC.

## **ORDER**

Having considered the parties' stipulation and good cause appearing, the Court orders the following briefing schedule for Supplemental Briefing Re Unconscionability:

  a.   Opening Briefs due October 3, 2014;

  b.   Response Briefs, if any, due October 17, 2014

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 29, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

**CERTIFICATION**

I, Brian R. Blackman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Supplemental Briefing Schedule. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jim C. Shah and Steven A. Schwartz have concurred in this filing.

Dated: September 29, 2014        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                 By    */s/ Brian R. Blackman*
                                       Brian R. Blackman
                                       Attorneys for Defendant