UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No. 11-cv-03003-JST<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 220 |

Plaintiff Michael Rodman moves to file under seal the list of Class Members who have opted out of the certified class in this action. ECF No. 220. Plaintiff has also filed a declaration in support of sealing. ECF No. 220-1.

In its prior orders, the Court set forth the standards for the sealing of confidential information. ECF Nos. 123 & 140. Plaintiff has redacted the list of Class Members to only seal "the home addresses, e-mail addresses, and/or phone numbers of the individuals identified therein." ECF No. 220 at 1. This information is not related to a dispositive motion and therefore the court may, for good cause, keep documents confidential "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). The Court concludes sealing the contact information of the Class Members who have opted out is appropriate to protect those individuals from the annoyance of having their personal contact information publicly disseminated. The proposed redactions, which redact these individuals' contact information but not their names, are "narrowly tailored to seal only the sealable material." Civil L.R. 79-5(d)(1)(B).

Accordingly, Plaintiff's motion is GRANTED. "[T]he document filed under seal will

\ \ \

\ \ \

remain under seal and the public will have access only to the redacted version, if any, accompanying the motion." Civil L. R. 79-5(f)(1).

**IT IS SO ORDERED**.

Dated: December 6, 2014



_____
JON S. TIGAR
United States District Judge