1  James C. Shah (SBN 260435)
   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
2  401 West A Street, Suite 2350
   San Diego, CA 92101
3  Telephone: (619) 235-2416
   Facsimile: (619) 235-7334
4  jshah@sfmslaw.com

5  [Other Counsel listed on signature page]

6  Attorneys for Plaintiff and on Behalf
   of All Others Similarly Situated
7

8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
9      Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
10 ccardon@sheppardmullin.com
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
11 bblackman@sheppardmullin.com
   4 Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:    415-434-9100
13 Facsimile:    415-434-3947

14 Attorneys for Defendant
   SAFEWAY INC.
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  MICHAEL RODMAN, on behalf of himself and all others similarly situated, | Case No. 3:11-CV-03003-JST (JCS) |
| 20  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 21 v. | Date:       January 21, 2015<br>Time:       2:00 PM<br>Courtroom:  9, 19th Floor |
| 22  SAFEWAY INC., | |
| 23  Defendant. | The Honorable Jon S. Tigar |

Plaintiff Michael Rodman ("Plaintiff") and defendant Safeway Inc. ("Safeway"), by and through their counsel, stipulate as follows:

1. In July 2014, Plaintiff moved for partial summary judgment (ECF No. 171) and Safeway filed a cross-motion for Summary Judgment (ECF No. 173).

2. The parties filed their opposition briefing in connection with these motions in August 2014 (ECF Nos. 183 & 187) and the Court heard oral argument on both motions on September 11, 2014 (ECF No. 198).

3. On December 10, 2014, the Court issued an order granting Plaintiff's Motion for Partial Summary Judgment and setting a further case management conference for January 21, 2015 at 2:00 PM with a joint case management conference statement due for filing on January 6, 2015 (ECF No. 223).

4. The parties held an initial conference call to discuss case management issues on December 19, 2014. The parties, however, are still in the process of analyzing the Court's order for purposes of proposing and drafting the joint case management statement and proposed schedule.

5. At the time the Court issued its order and set the case management conference, lead defense counsel was already scheduled to be out of the country in Asia on vacation for the holidays and then traveling to China for work purposes, returning on January 13, 2014. Counsel for Safeway is concerned that they will not have sufficient time to contribute and prepare the joint case management conference statement and proposed schedule as a result of these travels and scheduled meetings in China.

6. Given the holidays and unforeseen travel issues arising out of the currently scheduled January 21, 2015 case management conference and related submission deadline, the parties stipulate – subject to the Court's approval – to continuing the case management conference one week, to January 28, 2014 at 2:00 PM with the joint case management conference statement and proposed schedule due on January 21, 2014.

**IT IS SO STIPULATED.**

- 1 -

Dated: January 2, 2015

        SHEPHERD, FINKELMAN, MILLER & SHAH LLP

By    */s/ James C. Shah*
      JAMES C. SHAH
  Attorneys for Plaintiff MICHAEL RODMAN

Dated: January 2, 2015    CHIMICLES & TIKELLIS, LLP

By    */s/ Timothy N. Mathews*
  STEVEN A. SCHWARTZ
  TIMOTHY N. MATHEWS
  Attorneys for Plaintiff MICHAEL RODMAN

Dated: January 2, 2015    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By    */s/ Brian R. Blackman*
  P. CRAIG CARDON
  BRIAN R. BLACKMAN
  Attorneys for Defendant
  SAFEWAY INC.

## CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation and [proposed] Order Continuing Case Management Conference. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that James C. Shah and Timothy N. Mathews have concurred in this filing.

Dated:  January 2, 2015                    SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                          By        */s/ Brian R. Blackman*
                                                    BRIAN R. BLACKMAN

# ORDER

Having considered the parties' stipulation and good cause appearing, the Court continues the January 21, 2015 Case Management Conference to January 28, 2015 at 2:00 PM in Courtroom 9, 19th Floor.  The parties shall file a joint case management conference statement, including proposed schedule, by January 21, 2015.

**IT IS SO ORDERED.**

Dated:  January 5, 2015



_____
The Honorable Jon S. Tigar
United States District Judge