1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MICHAEL RODMAN,

Case No.  11-cv-03003-JST

Plaintiff,

8
9

v.

**ORDER AMENDING CASE SCHEDULE**

Re: ECF No. 243

SAFEWAY INC.,

10
11

Defendant.

12          Good cause appearing therefore, pursuant to the parties' stipulation, the case deadlines are

13   modified as follows:

14

| Event | Prior Deadline | New Deadline |
|-------|----------------|--------------|
| Motion to decertify the class | 3/2/2015 | 3/2/2015 |
| Opposition to motion to decertify | 3/23/2015 | 3/23/2015 |
| Close of fact discovery | 3/27/2015 | Deadline to complete discovery that was served prior to 3/27/15:  April 24, 2015 |
| Deadline to complete mediation | 3/27/2015 | 4/7/2015 |
| Reply to opposition to motion to decertify | 4/6/2015 | 4/6/2015 |
| Designation of experts | 4/10/2015 | 5/8/1015 |
| Hearing on motion to decertify | 4/23/2015 | 4/23/2015 |
| Rebuttal expert designation | 4/24/2015 | 5/22/2015 |
| Expert discovery deadline | 5/6/2015 | 6/5/2015 |
| Damages summary judgment motion | 5/15/2015 | 6/19/2015 |
| Damages SJ Opposition | 5/29/2015 | 7/8/2015 |
| Damages summary judgment reply | 6/5/2015 | 7/17/2015 |
| Damages summary judgment hearing | 6/18/2015 | 7/30/2015 |
| Pretrial conference statement | 9/11/15 | 9/01/2015 |
| Pretrial conference | 9/11/2015 at 2:00 p.m. | 9/11/2015 at 2:00 p.m. |
| Trial | 10/5/2015 at 8:30 a.m. | 10/5/2015 at 8:30 a.m. |
| Estimate of trial length (in days) | Five | Five |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

1    Although the Court notes that the parties have expressed some concern that the trial date

2   may need to be continued in light of the amended date of the summary judgment hearing, the

3   Court believes the trial date should remain feasible even under the amended schedule.  Trial dates

4   set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court

5   will not consider any event subsequently scheduled by a party, party-controlled witness, expert or

6   attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court

7   will not consider the pendency of settlement discussions as good cause to grant a continuance.

8    IT IS SO ORDERED.

9   Date:  March 24, 2015

10

11   _____
          JON S. TIGAR
          United States District Judge

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28