UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>        Defendant. | Case No.  11-cv-03003-JST<br><br>**NOTICE REGARDING OPT OUT RECORDS** |

NOTICE TO ALL PARTIES AND COUNSEL OF RECORD:

The opt out records received by the Court are attached to this order.  These records will remain under seal pursuant to the Court's prior order at ECF No. 222.

IT IS SO ORDERED.

Dated:  April 21, 2015.

_____
JON S. TIGAR
United States District Judge