SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
James C. Shah (SBN 260435)
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile:  (866) 300-7367
jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Attorneys for Plaintiff and the Certified Class

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      415-434-9100
Facsimile:       415-434-3947
E-Mail:           ccardon@sheppardmullin.com
                       bblackman@sheppardmullin.com

Attorneys for Defendant SAFEWAY INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SAFEWAY INC.,<br><br>          Defendant. | Case No. 3:11-CV-03003 JST (JCS)<br><br>**JOINT STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE FOR MOTION TO CERTIFY FOR IMMEDIATE APPEAL AMENDED ORDER RE PARTIAL SUMMARY JUDGMENT**<br><br>**Current Hearing Date: May 21, 2015**<br>**Proposed Hearing Date: June 4, 2015**<br>**Time: 2:00 PM**<br>**Courtroom:   9 – 19th Floor**<br><br>The Honorable Jon S. Tigar |

H0044217.

**STIPULATION**

Plaintiff, Michael Rodman ("Plaintiff") and Defendant, Safeway Inc. ("Safeway"), hereby stipulate as follows:

1. WHEREAS, the hearing on Safeway's Motion to Certify for Immediate Appeal Amended Order Granting Partial Summary Judgement to Plaintiff ("Motion") is currently scheduled for May 21, 2015 (Dkt. No. 251);

2. WHEREAS, the Motion is now fully briefed (Dkt. Nos. 251, 253, 256);

3. WHEREAS, the Motion was not anticipated and accounted for in connection the current schedule agreed to by the parties at the January 28, 2015 Case Management Conference and the Stipulated Order Amending Case Schedule (Dkt. No. 246) dated March 24, 2015;

4. WHEREAS, counsel for Plaintiff has pre-existing professional and personal obligations necessitating a modest continuance of the May 21, 2015 hearing date;

5. WHEREAS, counsel for Plaintiff and Safeway have met and conferred regarding a continued hearing date and have agreed to a new hearing date of June 4, 2015;

NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned that:

1. The hearing on the Motion currently scheduled for May 21, 2015 is continued to **June 4, 2015.**

**IT IS SO STIPULATED.**

Dated: May 6, 2015                                    SHEPHERD, FINKELMAN, MILLER & SHAH LLP

*/s/ James C. Shah*
JAMES C. SHAH
Attorneys for Plaintiff MICHAEL RODMAN

H0044217.

-- 1 --

JOINT STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE FOR MOTION TO
CERTIFY FOR IMMEDIATE APPEAL AMENDED
ORDER RE PARTIAL SUMMARY JUDGMENT
Case No. C11-03003 JST (JCS)

| | | |
|---|---|---|
| 1 | Dated: May 6, 2015 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | */s/ P. Craig Cardon* |
| | | P. CRAIG CARDON |
| 4 | | BRIAN R. BLACKMAN |
| | | Attorneys for Defendant |
| 5 | | SAFEWAY INC. |

H0044217.

-- 2 --

JOINT STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE FOR MOTION TO
CERTIFY FOR IMMEDIATE APPEAL AMENDED
ORDER RE PARTIAL SUMMARY JUDGMENT
Case No. C11-03003 JST (JCS)

1 **PROPOSED ORDER**

2   Good cause appearing therefore, PURSUANT TO THE FOREGOING STIPULATION,

3 **IT IS SO ORDERED**.

5 Date: __May 7, 2015__



27 H0044217.   -- 3 --

JOINT STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE FOR MOTION TO
CERTIFY FOR IMMEDIATE APPEAL AMENDED
ORDER RE PARTIAL SUMMARY JUDGMENT
Case No. C11-03003 JST (JCS)

**CERTIFICATION**

    I, James C. Shah, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories have concurred in this filing.

Dated: May 6, 2015　　　　　　　　　SHEPHERD, FINKELMAN, MILLER & SHAH LLP

By     */s/ James C. Shah*
　　　　　　　　JAMES C. SHAH
　　　Attorneys for Plaintiff MICHAEL RODMAN

H0044217.

-- 4 --

JOINT STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE FOR MOTION TO CERTIFY FOR IMMEDIATE APPEAL AMENDED ORDER RE PARTIAL SUMMARY JUDGMENT
Case No. C11-03003 JST (JCS)