UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODMAN,

    Plaintiff,

v.

SAFEWAY INC.,

    Defendant.

Case No. 11-cv-03003-JST

**ORDER VACATING HEARING**

Re: ECF No. 251

Before the Court is Defendant's motion to certify for immediate appeal the Court's amended order granting partial summary judgment. ECF No. 251. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 4, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: May 26, 2015

                                         JON S. TIGAR
                                  United States District Judge