UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODMAN,

            Plaintiff,

      v.

SAFEWAY INC.,

           Defendant.

Case No.  11-cv-03003-JST

**ORDER AMENDING PRIOR ORDER**

Re: ECF No. 331

Pursuant to the parties' stipulation, ECF No. 359, the Court's Damages MSJ Order, ECF No. 331, is hereby amended as follows:

$30,979,262 at page 15, line 15 is hereby stricken.  The Court will file an Amended Order at the appropriate time.

IT IS SO ORDERED.

Dated: September 24, 2015

_____
JON S. TIGAR
United States District Judge