UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY INC.,<br><br>　　　　Defendant. | Case No. 11-cv-03003-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF Nos. 376, 377 |

　　　　The Court previously ordered the parties to (1) submit a proposed schedule for the submission of additional jury instructions, motions in limine, and other items requiring pretrial relief, ECF No. 373 at 2; (2) set a deadline for Safeway to review its prior discovery responses and Mr. Gurthrie's declarations and either supplement them or confirm that no supplementation is necessary, ECF No. 374 at 2; and (3) set a deadline for Safeway to provide Plaintiff with additional metadata relating to the ten newly-discovered documents found on the "legacy" server, id. at 3. On October 8, 2015, the parties submitted letters to the Court indicating that they had reached an agreement on these deadlines. ECF Nos. 376, 377.

　　　　The Court adopts the parties' proposals and hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Defendant to review and supplement discovery responses and Mr. Guthrie's declarations | October 15, 2015 |

| Event | Deadline |
|---|---|
| Deadline for Defendant to provide additional metadata relating to the ten newly-discovered documents found on the "legacy" server | October 16, 2015 |
| Deadline to exchange witness and exhibit lists | November 11, 2015 |
| Deadline to file Joint Pretrial Statement and Motions In Limine | November 16, 2015 |
| Deadline to file proposed jury instructions, voir dire questions, and jury verdict forms | November 20, 2015 |

The Court also notes that Plaintiff has indicated that it may wish to serve "a designee deposition" and a "narrow set of requests to admit in order to attempt to narrow the issues that will need to be presented at trial." ECF No. 376 at 3. Plaintiff need not obtain the Court's permission to serve such discovery requests on Defendant. The Court will resolve Defendant's objections to these requests if and when the discovery is actually served and the Defendant actually objects.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

IT IS SO ORDERED.

Dated: October 14, 2015

_____
JON S. TIGAR
United States District Judge

2