FILED
OCT 14 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, On Behalf of Himself and All Others Similarly situated,<br><br>　　　　Plaintiff,<br>vs.<br><br>SAFEWAY, INC.,<br><br>　　　　Defendant. | Case No.: 3:11-cv-03003 JST (JCS)<br><br>[PROPOSED] ORDER REGARDING DOCUMENT SEARCH PROTOCOLS<br><br>Judge: Hon. Jon S. Tigar |

H0048542.

The Court, having considered having considered the parties' respective submissions concerning document search protocols, hereby ORDERS that Defendant Safeway, Inc. shall perform the following searches and comply with the following protocols:

**A.     Date Restrictions**

Documents searched and produced should be those created prior to 2006 (*i.e.*, DateCreated:<2006).

**B.     Search Terms and Folder Paths**

The folder paths for initial searches are:

1. Public\Marketing\Creative
2. Public\Marketing\Reports
3. Marketing
4. Finance\Finance\Analyses\Various Analysis\2004 and prior\Burd Analysis\Web site
5. Public\Operations\Reports\Online campaign tracker\2006\2006 Reports\archive

<u>Searches for folder paths 1, 2 and 3</u> ("Public\Marketing\Creative, " "Public\Marketing\Reports," and "Marketing"):

*Falsken*
*Warr
*Hoopes
*Popejoy AND check
*Popejoy AND box
"Product Pricing" AND "Service Charges"
"Special Terms"
"click to read"
*Prospecting/Reg*
Groceryworks AND Terms
"create my account"
Register
Registration
Registration AND page
terms AND conditions
check AND box
vS071802.1

**Searches for folder path 4** ("Finance\Finance\Analyses\Various Analysis\2004 and prior\Burd Analysis\Web site"):

"Product Pricing" AND "Service Charges"
"click to read"
"create my account"
Register
Registration
Registration AND page
terms AND conditions
check AND box
vS071802.1
*Falsken*
*Warr
*Popejoy

**Searches for folder path 5** ("Public\Operations\Reports\Online campaign tracker\2006\2006 Reports\archive"):

*Falsken*
*Warr
"Product Pricing" AND "Service Charges"
"Special Terms"
"click to read"
*Prospecting/Reg*
"create my account"
Register
Registration
Registration AND page
terms AND conditions
check AND box
vS071802.1

C.     **Manually Searches**

Safeway shall manually search the following sub-folders to the extent they contain fewer than 100 documents:

Public\Marketing\Creative\Old Site Design

Public \Marketing\Creative\Old Site Design\site design\

Public\Marketing\Creative\Old Site Design\site design\Registration

Public\Marketing\Creative\Old Site Design\site design\Registration V1

| | |
|---|---|
| 1 | Public\Marketing\Creative\Old Site Design\site design\Registration V1\registration_v1 |
| 2 | Public\Marketing\Creative\ForBrian |
| 3 | Public\Marketing\Creative\ForBrian\File Backup\Other\Site Tutorial |
| 4 | Public\Marketing\Creative\ForBrian\Screen Grabs for Site Tutorial |
| 5 | Public\Marketing\Creative\SiteTutorial |
| 6 | Public\Marketing\Creative\SiteTutorial\SiteTutorialOld |
| 7 | Public\Marketing\Creative\SiteTutorial\previous |
| 8 | Public\Marketing\Creative\Safeway Login\images |
| 9 | Public\Marketing\Creative\Safeway Login\old versions |
| 10 | Public\Marketing\Creative\Safeway Login\screenshots |
| 11 | Public\Marketing\Reports\Online campaign tracker\2006\2006 Reports\_archive |
| 12 | Public\Marketing\Reports\Online campaign tracker\2006\2006 Reports\_archive\ONLINE_archive\SWEEPS\SWY 1004 DelTHolSweeps |
| 13 | Public\Marketing\Consumer Insights\Historics\CONSUMER INSIGHTS - Previous Director's Files (2005-2006)\Site cleanup\Customer Help\FAQ |
| 14 | Marketing\01. WEBSITE PROJECTS |
| 15 | Marketing\01. WEBSITE PROJECTS\03. Reg Lite |
| 16 | Marketing\01. WEBSITE PROJECTS\05. Shopping History\01. Screen Shots |
| 17 | Marketing\Creative\Safeway.com\Safeway.net redesign |
| 18 | Finance\Finance\Analyses\Various Analysis\2004 and prior\Burd Analysis\Web site |
| 19 | Finance\accounting\revised 2002 plan |
| 20 | Public\Operations\Reports\Online campaign tracker\2006\2006 Reports\archive\Individual Ad Hos requests & Reports\David Pope-Joy |
| 21 | Public\Operations\Reports\Online campaign tracker\2006\2006 Reports\archive\Individual Ad Hos requests & Reports\Chris Wolford |
| 22 | Public\Operations\Reports\Online campaign tracker\2006\2006 Reports\archive\Individual Ad Hos requests & Reports\NEW SITE\_archive |

D. Production Protocols

a. Documents shall be produced in TIFF format with all ~~metadata and a~~ Concordance load file on a rolling basis but not later than October 26. Safeway shall notify Plaintiff ~~at the earliest possible moment~~ immediately [JST] if it cannot meet this deadline.

b. Safeway shall produce documents in native format upon Plaintiffs request.

c. If searches are performed in-house, Safeway ~~should~~ *shall* make a good faith effort to index the folders to be searched prior to running searches. Safeway ~~should~~ also use its most powerful available equipment, but at a minimum ensure that a computer with at least a dual-core processor with a speed of 2.5GHz or greater, and not less than 8GB of RAM ~~power~~ is used to perform the searches. Safeway shall advise Plaintiff whether folders to be searched have been indexed (and, if not, why not), and the speed/capacity of the computer(s) Safeway intends to use.

d. At a minimum, Safeway shall use different computers to run searches on the four different folder paths so the searches can be run simultaneously.

e. If any individual search takes longer than 5 hours to run or crashes the system, Safeway shall immediately notify Plaintiff and the parties shall meet and confer (with IT experts) about that search term and the reasons for the crash. Simultaneously with the meet-and-confer process, Safeway shall run the searches on any sub-folders listed in Section C above that are in the same folder path for which the search caused the system to crash or take more than 5 hours.

f. If any individual search (limited by date) results in greater than 2,500 documents, Safeway shall immediately notify Plaintiff, provide a list of the document names (if less than 7,500), and the parties shall meet and confer within 24 hours about potential means to reduce the number of documents and/or narrow the search term. Simultaneously with the meet-and-confer process, Safeway shall run the searches on any sub-folders listed in Section C above that are in the same folder path for which the search resulted in greater than 2,500 documents.

Dated: 10/14, 2015

_____
Honorable Jon S. Tigar
U.S.D.C., Northern District of California

H0048542.

- 4 -