1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHAEL RODMAN,                          Case No.  11-cv-03003-JST
              Plaintiff,
8                                             **ORDER RE: SUBSTITUTION OF
         v.                                   COUNSEL**
9
     SAFEWAY, INC.,                           Re: Dkt. No. 384
10
              Defendant.
11

12

13        The Court is in receipt of the document entitled "Substitution of Attorneys" filed today by

14   defendant Safeway, Inc.  The document is ineffective.

15        Pursuant to Civil Local Rule 11–5(a), counsel may not withdraw from an action until

16   relieved by order of the Court after written notice has been given reasonably in advance to the

17   client and to all other parties who have appeared in the case.  Civil L.R. 11-5(a).  It does not

18   appear that Safeway has complied with these requirements.

19        Any future motion to approve a substitution of counsel should state clearly whether the

20   requested substitution is expected to have any effect on the existing case schedule.  See 20 Federal

21   Procedure, Lawyers Edition § 20:211 (online ed. 2015).

22        IT IS SO ORDERED.

23   Dated:  October 19, 2015

24                                         _____
                                                    JON S. TIGAR
25                                            United States District Judge

26

27

28

United States District Court
Northern District of California