SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
James C. Shah (SBN 206435)
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Matthews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone:  (610) 642-8500
Email: SteveSchwartz@chimicles.com
         tnm@chimicles.com

Attorneys for Plaintiff and the Certified Class

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ANNA S. McLEAN, Cal. Bar No. 142233
JAY T. RAMSEY, Cal. Bar No. 273160
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-Mail:        ccardon@sheppardmullin.com
               amclean@sheppardmullin.com
               jramsey@sheppardmullin.com

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SAFEWAY INC.,<br><br>            Defendant. | Case No. 3:11-CV-03003 JST (JCS<br><br>**STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL AND SUBSTITUTION**<br>**[Civil Local Rule 11-5(a)]**<br><br>The Honorable Jon S. Tigar |

Whereas Safeway, Inc. ("Safeway") has stated its consent in ECF Docket #384 to the withdrawal of Sheppard Mullin Richter & Hampton, LLP ("Sheppard Mullin") as its counsel of record in the above captioned matter and the substitution of Reed Smith LLP ("Reed Smith") as its counsel of record in place of Sheppard Mullin;

Whereas both Sheppard Mullin and Reed Smith have also consented to this withdrawal and substitution in ECF Docket #384;

Whereas Safeway and its current counsel of record represent to Plaintiff's counsel that Safeway does not expect the proposed substitution to have any effect on the existing case or trial schedule, including compliance with the Order Regarding Document Search Protocols (ECF Docket #383); and

Whereas Plaintiff does not oppose such withdrawal and substitution given the representation that Safeway does not expect the proposed substitution to have any effect on the existing case or trial schedule;

Therefore, the parties, by and through their respective counsel of record stipulate to the withdrawal of Sheppard Mullin as counsel of record and substitution of Reed Smith as Safeway's counsel of record and request that the Court enter an order accomplishing this withdrawal and substitution.

**IT IS SO STIPULATED.**

Dated: October 20, 2015                     SAFEWAY, INC.

                                    By      */s/ Michael Boylan*
                                            Michael Boylan, Esq.
                                            Vice-President, Litigation and Employment Law

Dated: October 20, 2015                     CHIMICLES & TIKELLIS, LLP

                                    By      */s/ Steven A. Schwartz*
                                            STEVEN A. SCHWARTZ
                                            TIMOTHY N. MATHEWS
                                            Attorneys for Plaintiff MICHAEL RODMAN

1  Dated: October 20, 2015                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                          By    */s/ Anna s. McLean*
                                                P. CRAIG CARDON
                                                ANNA S. McLEAN
                                          Attorneys for Defendant SAFEWAY, INC.

7  Dated: October 20, 2015                REED SMITH LLP

                                          By    */s/ Scott D. Baker*
                                                SCOTT D. BAKER
                                          Attorneys for Defendant SAFEWAY, INC.

I, P. Craig Cardon, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order of Withdrawal and Substitution. In compliance with General Order 45.X.B., I hereby attest that Michael Boylan, Steven A. Schwartz and Scott D. Baker have concurred in this filing.

Dated: October 20, 2015                   SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                          By    */s/ Anna S. McLean*
                                                Anna S. McLean

# ORDER

**IT IS SO ORDERED** that Sheppard Mullin has withdrawn as counsel of record to Safeway and Reed Smith is hereby substituted as counsel of record for Safeway.

Dated:  October 21, 2015

_____
The Honorable Jon S. Tigar
United States District Judge