Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
Christine M. Morgan (SBN 169350)
Email: cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY INC.,<br><br>　　　　Defendant. | Case No. 3:11-CV-03003-JST (JCS)<br><br>**[PROPOSED]** JUDGMENT<br><br><br>The Honorable Jon S. Tigar |

Judgment is entered in favor of the certified class, including Plaintiff Michael Rodman, and against defendant Safeway Inc., in the amount of $30,979,262 in damages and $10,905,505 (see Appendix A) in prejudgment interest, for a total of $41,884,767.

DATED: November 30 , 2015

_____
JON S. TIGAR
United States District Judge

---

Case No. 3:11-CV-03003-JST (JCS)        -1-
**[PROPOSED]** JUDGMENT

**APPROVED AS TO FORM**

| | |
|---|---|
| Dated: November 30, 2015 | Dated: November 30, 2015 |
| REED SMITH LLP | CHIMICLES & TIKELLIS LLP |
| By:  /s/ *Jonah D. Mitchell*\* | By:  /s/ *Steven A. Schwartz* |
|   Scott D. Baker (SBN 84923)   Jonah D. Mitchell (SBN 203511)   James A. Daire (SBN 239637)   Christine M. Morgan (SBN 169350)   101 Second Street, Suite 1800   San Francisco, CA 94105   Telephone:   (415) 543-8700   Facsimile:     (415) 391-8269 |   Steven A. Schwartz (pro hac vice)   Timothy N. Mathews (pro hac vice)   361 W. Lancaster Ave.   Haverford, PA 19041   Telephone:   (610) 642-8500   Facsimile:    (610) 649-3633 |
|   Attorneys for Defendant   SAFEWAY INC. |   James C. Shah (SBN 260435)   Rose F. Luzon (SBN 221544)   SHEPHERD, FINKELMAN,       MILLER & SHAH   401 West A Street, Suite 2350   San Diego, CA 92101   Telephone:   (619) 235-2416   Facsimile:    (866) 300-7367 |
| *\* Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Jonah D. Mitchell hereby attests that concurrence in the filing of this document has been obtained.* |   Attorneys for Plaintiff   MICHAEL RODMAN and the Class |

Case No. 3:11-CV-03003-JST (JCS)         -2-
[PROPOSED] JUDGMENT

## APPENDIX A

| DATE JUDGMENT ENTERED | PREJUDGMENT INTEREST ACCRUED AS OF DATE OF JUDGMENT | TOTAL ($30,979,262 PLUS PREJUDGMENT INTEREST) |
|---|---|---|
| Nov. 30, 2015 | $10,905,505 | $41,884,767 |
| Dec. 1, 2015 | $10,913,993 | $41,893,255 |
| Dec. 2, 2015 | $10,922,481 | $41,901,743 |
| Dec. 3, 2015 | $10,930,968 | $41,910,230 |
| Dec. 4, 2015 | $10,939,455 | $41,918,717 |
| Dec. 5, 2015 | $10,947,943 | $41,927,205 |