James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>SAFEWAY INC.,<br><br>                  Defendant. | Case No. 11-03003 JST (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING POST-JUDGMENT DEADLINES** |

Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and Defendant, Safeway Inc. ("Safeway") stipulate as follows:

WHEREAS, the Court entered final judgment on November 30, 2015;

WHEREAS, the Court has set a case management conference for January 20, 2016 to discuss post-judgment proceedings in the case;

WHEREAS, Defendant intends to seek a stay of execution of the judgment and bill of costs, and to appeal from the judgment;

WHEREAS, Plaintiff intends to file a Bill of Costs, a Motion for an Award of Attorneys' Fees, and a Motion for Discovery Sanctions, as well as other potential post-judgment motions;

WHEREAS, the parties are required to meet and confer prior to any Motions for Sanctions and Plaintiff believes that having additional time to do so will facilitate those discussions;

WHEREAS, Plaintiff believes that compliance with the requirement of Local Rule 37-4 pertaining to motion for sanctions, which requires that Plaintiff itemize with particularity the otherwise unnecessary expenses, including attorney fees, directly caused by the alleged violation or breach, will require substantial investment of time due to the nature of the sanctions he intends to seek;

WHEREAS, due to the fact that Safeway intends to file a notice of appeal, Plaintiff believes it would be premature to file a Motion for an Award of Attorneys' Fees at this time;

WHEREAS, Plaintiff believes that, given the necessity to meet and confer concerning any objections to Plaintiff's bill of costs under Local Rule 54-2, as well as the potential overlap with issues pertinent to Plaintiff's anticipated Motion for Sanctions, it would be efficient to allow an extension of the deadline to file the bill of costs;

WHEREAS, the parties agree that, due to the above issues as well as the intervening holidays before the January 20, 2016 case management conference, it will be beneficial and efficient to defer post-judgment deadlines until a further schedule is set at the January 20, 2016 case management conference;

1   WHEREAS, the parties are continuing to discuss issues attendant to staying execution of
2 the judgment during appeal and any associated motion practice;

3   WHEREAS, the parties do not believe an extension of these deadlines will have any
4 impact on ultimate resolution of the case;

5   NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree
6 to the following:

7   The deadlines to file any Motion for Sanctions, Motion for Attorneys' Fees, Bill of Costs,
8 and any other post-judgment motions shall be held in abeyance until the case management
9 conference scheduled for January 20, 2016; provided, however, that nothing in this Stipulation and
10 Proposed Order shall be construed as modifying or affecting the deadline for Safeway to file a
11 notice of appeal from the judgment pursuant to FRAP 4.  The parties are continuing to discuss
12 issues attendant to staying execution of the judgment during appeal and any associated motion
13 practice, and anticipate that they may submit a further stipulation concerning those issues.  The
14 parties shall set out the tasks that remain to be completed in the case and a schedule for their
15 completion (or competing proposed schedules) in their January 13, 2016 joint case management
16 statement.

17   IT IS SO STIPULATED.

18   Dated:  December 3, 2015                           Dated:  December 3, 2015

19   REED SMITH LLP                                    CHIMICLES & TIKELLIS LLP

20
21   By: ___/s/ *Jonah D. Mitchell*_____      By: ____*/s/ Timothy N. Mathews*_____
        Scott D. Baker (SBN 84923)                     Steven A. Schwartz (pro hac vice)
22      Jonah D. Mitchell (SBN 203511)                 Timothy N. Mathews (pro hac vice)
        James A. Daire (SBN 239637)                    361 W. Lancaster Ave.
23      Christine M. Morgan (SBN 169350)               Haverford, PA 19041
        101 Second Street, Suite 1800                  Telephone:   (610) 642-8500
24      San Francisco, CA 94105                        Facsimile:   (610) 649-3633
        Telephone:   (415) 543-8700
25      Facsimile:   (415) 391-8269                    James C. Shah (SBN 260435)
                                                       Rose F. Luzon (SBN 221544)
26                                                     SHEPHERD, FINKELMAN,
        Attorneys for Defendant                           MILLER & SHAH
27      SAFEWAY INC.                                   401 West A Street, Suite 2350
                                                       San Diego, CA 92101
28                                                     Telephone:   (619) 235-2416

1                                                Facsimile:    (866) 300-7367

2                                                Attorneys for Plaintiff
                                                 MICHAEL RODMAN and the Class

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED THAT the case deadlines are modified as follows:

The deadlines to file any Motion for Sanctions, Motion for Attorneys' Fees, Bill of Costs, and any other post-judgment motions shall be held in abeyance until the case management conference scheduled for January 20, 2016; provided, however, that nothing in this Stipulation and Proposed Order shall be construed as modifying or affecting the deadline for Safeway to file a notice of appeal from the judgment pursuant to FRAP 4. The parties shall set out the tasks that remain to be completed in the case and a schedule for their completion (or competing proposed schedules) in their January 13, 2016 joint case management statement.

IT IS SO ORDERED.

Date: December 7, 2015

APPROVED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-5-    Case No. 11-03003 JST (JCS)
JOINT STIP. & ORDER REGARDING
POST-JUDGMENT DEADLINES