Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
James A. Daire (SBN 239637)
Email:  jdaire@reedsmith.com
Christine M. Morgan (SBN 169350)
Email:  cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:	(415) 543-8700
Facsimile:	(415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>    Defendant. | Case No. 3:11-CV-03003-JST (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT AND APPROVAL OF SUPERSEDEAS BOND AMOUNT**<br><br><br>The Honorable Jon S. Tigar |

Pursuant to Civil Local Rule 7-12, Plaintiff Michael Rodman, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Safeway Inc. ("Safeway"), hereby stipulate and agree as follows:

WHEREAS, the Court entered judgment on November 30, 2015 (Dkt. No. 406).

WHEREAS, Federal Rule of Civil Procedure 62(a) provides that "no execution may issue on a judgment, nor may proceedings be taken to enforce it, until 14 days have passed after its entry".

WHEREAS, Federal Rule of Civil Procedure 62(d) provides for a stay of a money judgment pending appeal as a matter of right when the appealing party files a supersedeas bond. *American Color Graphics, Inc. v. Travelers Property Cas. Ins. Co.*, No. C 04-3518 SBA, 2007 WL 1520952, *1 (N.D. Cal. May 23, 2007).

WHEREAS, Safeway has filed a Notice of Appeal (Dkt. No. 408).

WHEREAS, Safeway has agreed to post a supersedeas bond in the amount of $42,000,000, and Plaintiff has agreed not to oppose this amount.

WHEREAS, Safeway is in the process of procuring the supersedeas bond.

WHEREAS, Safeway represents that it is able to satisfy the judgment.

WHEREAS, Safeway has made representations to Plaintiff concerning its current financial condition, and has agreed to immediately notify Plaintiff of any material change in such condition that would impact its ability to pay the judgment.

WHEREAS, Plaintiff and Safeway agree to extend the stay provided under Fed. R. Civ. Proc. 62(a) until and including January 5, 2015.

Dated: December 10, 2015

REED SMITH LLP

By: ___/s/ *Jonah D. Mitchell*\*___
    Scott D. Baker (SBN 84923)
    Jonah D. Mitchell (SBN 203511)
    James A. Daire (SBN 239637)
    Christine M. Morgan (SBN 169350)
    101 Second Street, Suite 1800
    San Francisco, CA 94105
    Telephone:   (415) 543-8700
    Facsimile:    (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

\* *Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Jonah D. Mitchell hereby attests that concurrence in the filing of this document has been obtained.*

Dated: December 10, 2015

CHIMICLES & TIKELLIS LLP

By: ___/s/ *Steven A. Schwartz*___
    Steven A. Schwartz (pro hac vice)
    Timothy N. Mathews (pro hac vice)
    361 W. Lancaster Ave.
    Haverford, PA 19041
    Telephone:   (610) 642-8500
    Facsimile:    (610) 649-3633

    James C. Shah (SBN 260435)
    Rose F. Luzon (SBN 221544)
    SHEPHERD, FINKELMAN,
      MILLER & SHAH
    401 West A Street, Suite 2350
    San Diego, CA 92101
    Telephone:   (619) 235-2416
    Facsimile:    (866) 300-7367

Attorneys for Plaintiff
MICHAEL RODMAN and the Class

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that (1) any execution or enforcement of the judgment is stayed until and including January 5, 2016; and (2) a supersedeas bond in the amount of $42,000,000 is approved. Until such time as Safeway has obtained the supersedeas bond, Plaintiff may seek emergency relief from the stay of execution in the event of any material change in Safeway's financial condition that reasonably implicates Safeway's ability to pay the judgment.

DATED: December 11, 2015

                                      _____
                                      Hon. Jon S. Tigar
                                      United States District Judge