Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
Christine M. Morgan (SBN 169350)
Email: cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SAFEWAY INC.,<br><br>  Defendant. | Case No. 3:11-CV-03003-JST (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT**<br><br><br>The Honorable Jon S. Tigar |

Pursuant to Civil Local Rule 7-12, Plaintiff Michael Rodman, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Safeway Inc. ("Safeway"), hereby stipulate and agree as follows:

WHEREAS, the Court entered judgment on November 30, 2015 (Dkt. No. 406).

Case No. 3:11-CV-03003-JST (JCS)   -1-
**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT**

1   WHEREAS, on December 11, 2015, pursuant to the parties' stipulation, the Court entered
2  an Order for Extension of Stay of Execution and Enforcement of Judgment by which (1) any
3  execution or enforcement of the judgment was stayed until and including January 5, 2016; and (2)
4  a supersedeas bond in the amount of $42,000,000 was approved (Dkt. No. 412).
5
6   WHEREAS, Safeway is in the process of procuring the supersedeas bond and conferring
7  with Plaintiff on the language of the bond.
8
9   WHEREAS, Safeway represents that it is able to satisfy the judgment.
10
11  WHEREAS, Safeway has made representations to Plaintiff concerning its current financial
12 condition, and has agreed to immediately notify Plaintiff of any material change in such condition
13 that would impact its ability to pay the judgment.
14
15  WHEREAS, Plaintiff and Safeway agree to further extend the stay provided under Fed. R.
16 Civ. Proc. 62(a) until and including January 12, 2016.

Dated: January 5, 2015

REED SMITH LLP

By: ___/s/ *Jonah D. Mitchell**___
    Scott D. Baker (SBN 84923)
    Jonah D. Mitchell (SBN 203511)
    James A. Daire (SBN 239637)
    Christine M. Morgan (SBN 169350)
    101 Second Street, Suite 1800
    San Francisco, CA 94105
    Telephone:   (415) 543-8700
    Facsimile:   (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

*\* Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Jonah D. Mitchell hereby attests that concurrence in the filing of this document has been obtained.*

Dated: January 5, 2015

CHIMICLES & TIKELLIS LLP

By: ___/s/ *Steven A. Schwartz*___
    Steven A. Schwartz (pro hac vice)
    Timothy N. Mathews (pro hac vice)
    361 W. Lancaster Ave.
    Haverford, PA 19041
    Telephone:   (610) 642-8500
    Facsimile:   (610) 649-3633

    James C. Shah (SBN 260435)
    Rose F. Luzon (SBN 221544)
    SHEPHERD, FINKELMAN,
      MILLER & SHAH
    401 West A Street, Suite 2350
    San Diego, CA 92101
    Telephone:   (619) 235-2416
    Facsimile:   (866) 300-7367

Attorneys for Plaintiff
MICHAEL RODMAN and the Class

## **ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that any execution or enforcement of the judgment is stayed until and including January 12, 2016. Until such time as Safeway has obtained the supersedeas bond, Plaintiff may seek emergency relief from the stay of execution in the event of any material change in Safeway's financial condition that reasonably implicates Safeway's ability to pay the judgment.

DATED: January 5, 2016

APPROVED
Judge Jon S. Tigar