Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
James A. Daire (SBN 239637)
Email:  jdaire@reedsmith.com
Christine M. Morgan (SBN 169350)
Email:  cmorgan@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY INC.,<br><br>　　　　　Defendant. | Case No. 3:11-CV-03003-JST (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING APPEAL**<br><br>The Honorable Jon S. Tigar |

Pursuant to Civil Local Rule 7-12, Plaintiff Michael Rodman, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Safeway Inc. ("Safeway"), hereby stipulate and agree as follows:

WHEREAS, the Court entered judgment on November 30, 2015 (Dkt. No. 406).

WHEREAS, Safeway filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit on December 4, 2015 (Dkt. No. 408).

1    WHEREAS, on December 11, 2015, pursuant to the parties' stipulation, the Court entered an Order for Extension of Stay of Execution and Enforcement of Judgment by which (1) any execution or enforcement of the judgment was stayed until and including January 5, 2016; and (2) a supersedeas bond in the amount of $42,000,000 was approved (Dkt. No. 412).

WHEREAS, on January 6, 2016, pursuant to the parties' stipulation, the Court entered an Order for Further Extension of Stay of Execution of Enforcement of Judgment by which any execution or enforcement of the judgment was stayed until and including January 12, 2016 (Dkt. No. 414).

WHEREAS, Safeway has obtained a supersedeas bond in the amount of $42,000,000, a copy of which is attached hereto as Exhibit A.

WHEREAS, the parties agree that any execution or enforcement of the judgment is stayed until fifteen days after issuance of the mandate by the United States Court of Appeals for the Ninth Circuit.

Dated: January 7, 2016

REED SMITH LLP

By:   /s/ *Jonah D. Mitchell*\*
    Scott D. Baker (SBN 84923)
    Jonah D. Mitchell (SBN 203511)
    James A. Daire (SBN 239637)
    Christine M. Morgan (SBN 169350)
    101 Second Street, Suite 1800
    San Francisco, CA 94105
    Telephone:   (415) 543-8700
    Facsimile:     (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

\* *Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Jonah D. Mitchell hereby attests that concurrence in the filing of this document has been obtained.*

Dated: January 7, 2016

CHIMICLES & TIKELLIS LLP

By:   /s/ *Steven A. Schwartz*
    Steven A. Schwartz (pro hac vice)
    Timothy N. Mathews (pro hac vice)
    361 W. Lancaster Ave.
    Haverford, PA 19041
    Telephone:   (610) 642-8500
    Facsimile:     (610) 649-3633

    James C. Shah (SBN 260435)
    Rose F. Luzon (SBN 221544)
    SHEPHERD, FINKELMAN,
       MILLER & SHAH
    401 West A Street, Suite 2350
    San Diego, CA 92101
    Telephone:   (619) 235-2416
    Facsimile:     (866) 300-7367

Attorneys for Plaintiff
MICHAEL RODMAN and the Class

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that any execution or enforcement of the judgment is stayed until fifteen days after issuance of the mandate by the United States Court of Appeals for the Ninth Circuit.

DATED: January 11, 2016

Hon.
United

APPROVED
Judge Jon S. Tigar

Case No. 3:11-CV-03003-JST (JCS)                -3-
**STIPULATION AND [PROPOSED] ORDER FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING APPEAL**