James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 235-7334
jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

*Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated*

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   (415) 543-8700

*Attorneys for Defendant
SAFEWAY INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL RODMAN, on behalf of himself and all others similarly situated, Plaintiff, v. SAFEWAY INC., Defendant. | Case No. 3:11-CV-03003 JST (JCS) **JOINT CASE MANAGEMENT REPORT** Date:         February 24, 2016 Time:         2:00 PM Courtroom:   9 – 19th Floor The Honorable Jon S. Tigar |
|---|---|

Plaintiff, Michael Rodman ("Plaintiff") and Defendant, Safeway Inc. ("Safeway") submit this Status Report to provide an update on three issues currently pending before this Court, which are: the bill of costs; a proposed interim notice to Class Members of entry of the judgment; and a briefing schedule for Plaintiff's anticipated motion for discovery sanctions.  The parties are filing concurrently herewith two stipulations that, subject to Court approval, resolve the issues concerning the bill of costs and the proposed interim notice.  The parties have also agreed to a briefing schedule for Plaintiff's motion for sanctions, which is set forth below.  As such, the parties believe the Case Management Conference currently scheduled for February 24, 2016 can be taken off calendar.  Alternatively, Plaintiff will file herewith a request to appear telephonically.

### A. Bill of Costs

The parties have reached agreement on a stipulated amount of $95,000.00 for Plaintiff's Bill of Costs incurred through the date of the approximately $41.9 million judgment.  The parties are submitting a stipulation to that effect today.

### B. Notice of Entry of Judgment to Class Members

The parties have agreed to send a notice to class members to provide them with an update on the status of the case, and also reminding Class members that they should contact Class counsel in the event that their address or contact information changes prior to resolution of the litigation.  The parties have agreed on the content of the notice and manner of distribution, and are submitting a stipulation and proposed order seeking approval today.

### C. Plaintiff's Motion for Sanctions

The parties have engaged in meet and confer discussions regarding Plaintiff's anticipated motion for discovery sanctions but have been unable to reach any agreement that obviates the need to file the motion. The parties propose the following briefing schedule:

> March 16, 2016 – Deadline for Plaintiff to file motion for sanctions
>
> April 13, 2016 – Deadline for Defendant to respond
>
> May 4, 2016 – Plaintiff's Reply
>
> May 19, 2016 (or such other date as the Court may choose) – Hearing on Plaintiff's motion for sanctions

A proposed order setting the above schedule is attached hereto.

| REED SMITH LLP | CHIMICLES & TIKELLIS LLP |
|---|---|
| By: /s/ *Jonah D. Mitchell*<br>Scott D. Baker (SBN 84923)<br>Jonah D. Mitchell (SBN 203511)<br>James A. Daire (SBN 239637)<br>Christine M. Morgan (SBN 169350)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone:   (415) 543-8700<br>Facsimile:    (415) 391-8269<br><br>Attorneys for Defendant<br>SAFEWAY INC. | By: */s/ Timothy N. Mathews*<br>Steven A. Schwartz (pro hac vice)<br>Timothy N. Mathews (pro hac vice)<br>361 W. Lancaster Ave.<br>Haverford, PA 19041<br>Telephone:   (610) 642-8500<br>Facsimile:    (610) 649-3633<br><br>James C. Shah (SBN 260435)<br>Rose F. Luzon (SBN 221544)<br>SHEPHERD, FINKELMAN,<br>   MILLER & SHAH<br>401 West A Street, Suite 2350<br>San Diego, CA 92101<br>Telephone:   (619) 235-2416<br>Facsimile:    (866) 300-7367<br><br>Attorneys for Plaintiff<br>MICHAEL RODMAN and the Class |

H0052020.

JOINT CASE MANAGEMENT REPORT
Case No. C11-03003 JST (JCS)

**[PROPOSED] ORDER**

The Court sets the following deadline for Plaintiff's anticipated Motion for Discovery Sanctions:

| | |
|---|---|
| March 16, 2016 | Deadline for Plaintiff to file motion for sanctions |
| April 13, 2016 | Deadline for Defendant to respond |
| May 4, 2016 | Plaintiff's Reply |
| '""""""'O c{ '48.'4238 | '"Hearing on Plaintiff's motion for sanctions |

IT IS SO ORDERED.

Date: February 3: , 2016

**APPROVED**
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

H0052020.

JOINT CASE MANAGEMENT REPORT
Case No. C11-03003 JST (JCS)