James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>SAFEWAY INC.,<br><br>           Defendant. | Case No. 11-03003 JST (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BILL OF COSTS** |

Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and Defendant, Safeway Inc. ("Safeway") stipulate as follows:

WHEREAS, the Court entered final judgment on November 30, 2015 in favor of Plaintiff;

WHEREAS, Defendant has filed a notice of appeal (ECF No. 408), and execution of the judgment has been stayed (ECF NO. 416);

WHEREAS, the deadline for Plaintiff to file a Bill of Costs was held in abeyance (ECF No. 409);

WHEREAS, the Parties have met and conferred with respect to the amount of taxable costs incurred through the entry of the final judgment, and agree that the amount of those costs properly included in Plaintiff's Bill of Costs is $95,000 for the following categories:

- Filing Fees
- Clerk Fees
- Witness/Subpoena Fees
- Internal and External Copying
- Express Mail and Postage
- Transcripts
- Notice of Pendency of Class Action Fees (through entry of Judgment)

WHEREAS, Plaintiff's undersigned counsel represent that the aforementioned costs are true and correct and were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed;

WHEREAS, the Parties have further agreed that Plaintiff will defer execution of the $95,000 taxable costs until after final resolution of Safeway's pending Appeal;

WHEREAS, the Parties have further agreed that determination of whether any costs incurred after entry of the judgment, including costs incurred in connection with the proposed Interim Notice as set forth in the stipulation filed concurrently herewith, and any costs incurred in

connection with Safeway's Appeal, are properly deemed taxable costs, shall also be deferred pending final resolution of the Appeal;

WHEREAS, in the event that the judgment is reversed, in whole or in part, on Appeal, the parties agree that this Stipulation will be set aside and the parties will meet and confer to address the timing and procedure for the re-determination of any award of pre-judgment costs;

NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree to the following:

A. Taxable costs incurred by Plaintiff through the entry of the final judgment shall be assessed against Defendant Safeway in the amount of $95,000;

B. Plaintiff will defer any execution of the $95,000 taxable costs until after final resolution of Safeway's pending Appeal.

C. The determination of whether any costs incurred after entry of the judgment, including costs incurred in connection with the proposed Interim Notice as set forth in the stipulation filed concurrently herewith, and any costs incurred in connection with Safeway's Appeal, are properly deemed taxable costs, shall also be deferred pending final resolution of Safeway's Appeal.

D. In the event that the judgment is reversed, in whole or in part, on Appeal, the parties agree that this Stipulation will be set aside and the parties will meet and confer to address the timing and procedure for the determination of any award of pre-judgment costs.

-3-                     Case No. 11-03003 JST (JCS)
JOINT STIP. & ORDER REGARDING
BILL OF COSTS

IT IS SO STIPULATED.

Dated: February 17, 2016

REED SMITH LLP

By: ___/s/ *Jonah D. Mitchell*___
    Scott D. Baker (SBN 84923)
    Jonah D. Mitchell (SBN 203511)
    James A. Daire (SBN 239637)
    Christine M. Morgan (SBN 169350)
    101 Second Street, Suite 1800
    San Francisco, CA 94105
    Telephone:   (415) 543-8700
    Facsimile:   (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

Dated: February 17, 2016

CHIMICLES & TIKELLIS LLP

By: ___/s/ *Steven A. Schwartz*___
    Steven A. Schwartz (pro hac vice)
    Timothy N. Mathews* (pro hac vice)
    361 W. Lancaster Ave.
    Haverford, PA 19041
    Telephone:   (610) 642-8500
    Facsimile:   (610) 649-3633

    James C. Shah (SBN 260435)
    Rose F. Luzon (SBN 221544)
    SHEPHERD, FINKELMAN,
       MILLER & SHAH
    401 West A Street, Suite 2350
    San Diego, CA 92101
    Telephone:   (619) 235-2416
    Facsimile:   (866) 300-7367

Attorneys for Plaintiff
MICHAEL RODMAN and the Class

*** Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Steven A. Schwartz hereby attests that concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED.
Date: February 18, 2016

*APPROVED*
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA