James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAFEWAY INC.,<br><br>                    Defendant. | Case No. 11-03003 JST (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER APPROVING INTERIM NOTICE TO CLASS MEMBERS** |

Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and Defendant, Safeway Inc. ("Safeway") stipulate as follows:

WHEREAS, on June 17, 2011, plaintiff in the above-captioned action, Michael Rodman, filed a class action complaint against Safeway Inc. ("Safeway") (ECF No. 1);

WHEREAS, on March 10, 2014, this Court certified the following class, solely for the purpose of bringing a breach of contract claim:

> All persons in the United States who registered to purchase groceries through Safeway.com at any time prior to November 15, 2011, and made one or more purchases subject to the price markup implemented on or about April 12, 2010 (the "Class"). Excluded from the Class are Defendant, as well as all employees of the judges assigned to this action in this Court, their spouses and any minor children living in their households, and other persons within a third degree relationship to any such federal judge; and finally, the entire jury venire called for jury service in relation to this lawsuit. Also excluded from the Class are any attorneys or other employees of any law firms hired, retained and/or appointed by or on behalf of the named Plaintiffs to represent the named Plaintiffs and/or any proposed Class members or proposed class in this lawsuit.

(ECF No. 163);

WHEREAS, on May 13, 2014, the Court approved the parties' proposed form and plan of distribution of the Notice of Pendency of Class Action (ECF No. 169), and such distribution was completed on or about July 21, 2014;

WHEREAS, the Court entered final judgment on November 30, 2015;

WHEREAS, Defendant has filed a notice of appeal (ECF No. 408), and execution of the judgment has been stayed (ECF NO. 416);

WHEREAS, Plaintiff's counsel has received inquiries from Class members concerning the judgment and status of the case;

WHEREAS, the Parties have agreed to distribute an interim notice to Class Members in the form attached hereto as Exhibit A, advising Class Members as to the entry of judgment and Safeway's pending appeal, and further advising Class Members of the means to provide updated address or contact information;

WHEREAS, Plaintiff's counsel has requested, and Safeway has agreed to produce, certain Class Member identifying information, specified below;

WHEREAS, such information shall be marked and treated as "CONFIDENTIAL" under the terms of the Stipulated Protective Order (ECF No. 57), but nothing in this Stipulation shall be construed to prevent: (1) Plaintiff from challenging such designation pursuant to the terms of the Stipulated Protective Order (ECF No. 57) at a later time, or (2) Safeway from up-designating the information at a later time to restrict access to those individuals willing to sign Exhibit B to the Stipulated Protective Order;

NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree to the following:

A. **Individual Notice by Direct Electronic Mail:** The interim notice, in the form attached hereto as Exhibit A ("Interim Notice"), shall be sent by Safeway via electronic mail to the email addresses associated with each Class member in Safeway's records. The Notice shall be sent within sixty (60) days of the entry of this [Proposed] Order.

B. **Individual Notice by Direct Postal Mail**: In the event an emailed Interim Notice is undeliverable to any of the email addresses associated with Class members, Safeway shall send the Interim Notice in letter format via U.S. mail, or alternatively, via postcard (in a form to be agreed upon by the parties), to the mailing address currently in Safeway's records. Such Interim Notice by postcard or letter, if any, shall be sent no later than thirty (30) days after completion of the email notice process set forth above. Plaintiff shall advance the cost of postage and printing associated with such direct postal mail Interim Notice, but shall not be precluded from seeking

reimbursement of such costs by Safeway as a taxable cost after resolution of the appeal.  Safeway reserves its rights to oppose such reimbursement.

C. **Website:**  The Interim Notice shall also be posted on the website www.SafewayGroceryDeliveryClassAction.com, along with the Judgment, the Court's Orders on Motions for Summary Judgment, the long-form Notice of Pendency of Class Action, the Court's Class Certification Order, Plaintiff's Amended Complaint, Safeway's Answer, and, to the extent relevant, future orders of the Court or other documents important to Class members.  The updates to the website shall occur within thirty (30) days of the entry of this [Proposed] Order.

D. **Class Member Information to Be Provided to Plaintiff's Counsel**

Safeway shall provide to Plaintiff's counsel a list of all Class Members, along with such Class members' customer identification number, card number, physical address, email, and phone number (if available) and also the aggregate markup amount charged to each Class Member as reported in the Query Run as calculated by Safeway's expert, Mr. Anastasi, in his rebuttal report (ECF No. 275-6).  Such information shall be provided within sixty (60) days of the entry of this [Proposed] Order.

IT IS SO STIPULATED.

Dated:  February 17, 2016

REED SMITH LLP

By: ___/s/ *Jonah D. Mitchell*_____
Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
101 Second Street, Suite 1800

Dated:  February 17, 2016

CHIMICLES & TIKELLIS LLP

By: ___/s/ *Timothy N. Mathews*_____
Steven A. Schwartz (pro hac vice)
Timothy N. Mathews* (pro hac vice)
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone:   (610) 642-8500
Facsimile:   (610) 649-3633

| | |
|---|---|
| San Francisco, CA 94105<br>Telephone:     (415) 543-8700<br>Facsimile:     (415) 391-8269<br><br>Attorneys for Defendant<br>SAFEWAY INC. | James C. Shah (SBN 260435)<br>Rose F. Luzon (SBN 221544)<br>SHEPHERD, FINKELMAN,<br>   MILLER & SHAH<br>401 West A Street, Suite 2350<br>San Diego, CA 92101<br>Telephone:     (619) 235-2416<br>Facsimile:     (866) 300-7367<br><br>Attorneys for Plaintiff<br>MICHAEL RODMAN and the Class<br><br>*\* Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Timothy N. Mathews hereby attests that concurrence in the filing of this document has been obtained.* |

IT IS SO ORDERED.

Date: February 18, 2016

**APPROVED**

Judge Jon S. Tigar

-5-

Case No. 11-03003 JST (JCS)

JOINT STIP. & [PROPOSED] ORDER APPROVING INTERIM NOTICE TO CLASS MEMBERS