James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No. 11-03003 JST (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING PLAINTIFF'S ANTICIPATED MOTION FOR SANCTIONS** |

Plaintiff Michael Rodman, on behalf of himself and the certified Class ("Plaintiff"), and Defendant, Safeway Inc. ("Safeway") stipulate as follows:

WHEREAS, the Court entered final judgment (Dkt. No. 406) in favor of Plaintiff for breach of contract damages plus pre-judgment interest and against Safeway Inc. ("Safeway");

WHEREAS, Safeway filed a notice of appeal (Dkt. No. 408), which appeal is pending before the United States Court of Appeals for the Ninth Circuit;

WHEREAS, pursuant to an order dated February 18, 2016, Plaintiff's anticipated Motion for Sanctions is currently due to be filed on March 16, 2016 (Dkt. No. 425);

WHEREAS, on March 3, 2016, Safeway filed a Notice of Proposed Stipulated Facts (Dkt. No. 430) which, *inter alia*, reflected that after entry of the final judgment, Safeway and its new counsel Reed Smith LLP undertook an investigation and based on interviews with certain Safeway employees and review of a Safeway "website developer's archive," and Safeway has concluded that the Plaintiff Version of the terms and conditions, and not the Safeway Version, was linked to the customer registration page during much of the Relevant Period and was more likely than not to have been linked to the customer registration page during the entire Relevant Period (all capitalized terms are as defined in Dkt. No. 430);

WHEREAS, Plaintiff expects that additional claims arising out of Safeway's Notice of Proposed Facts will be added to his forthcoming motion for discovery sanctions;

WHEREAS, Plaintiff and Safeway have met and conferred, and Safeway has agreed to provide Plaintiff with additional information about the post-judgment investigation conducted by Safeway and its new counsel Reed Smith LLP, and the parties are continuing to negotiate the scope of the additional information to be provided;

WHEREAS, Plaintiff requires additional time to obtain further information from Safeway and incorporate such new information into his motion for sanctions, as appropriate;

NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree that, subject to approval by the Court, the deadlines for Plaintiff's Motion for Sanctions shall be modified as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline to file motion for sanctions | March 16, 2016 | April 6, 2016 |
| Deadline for Safeway to respond | April 13, 2016 | May 4, 2016 |
| Plaintiff's reply | May 4, 2016 | May 25, 2016 |
| Hearing on Plaintiff's motion for sanctions | May 26, 2016 | June 16, 2016 |

IT IS SO STIPULATED.

Dated:  March 14, 2016                                        Dated:  March 14, 2016

REED SMITH LLP                                                CHIMICLES & TIKELLIS LLP

By: ___James A. Daire_____     By: ___Timothy N. Mathews_____
    Scott D. Baker (SBN 84923)                              Steven A. Schwartz (pro hac vice)
    Jonah D. Mitchell (SBN 203511)                       Timothy N. Mathews (pro hac vice)
    James A. Daire (SBN 239637)                            361 W. Lancaster Ave.
    Christine M. Morgan (SBN 169350)                 Haverford, PA 19041
    101 Second Street, Suite 1800                          Telephone:     (610) 642-8500
    San Francisco, CA 94105                                    Facsimile:      (610) 649-3633
    Telephone:     (415) 543-8700
    Facsimile:      (415) 391-8269                               James C. Shah (SBN 260435)
                                                                                  Rose F. Luzon (SBN 221544)
    Attorneys for Defendant                                     SHEPHERD, FINKELMAN,
    SAFEWAY INC.                                                          MILLER & SHAH
                                                                                  401 West A Street, Suite 2350
                                                                                  San Diego, CA 92101
                                                                                  Telephone:     (619) 235-2416
                                                                                  Facsimile:      (866) 300-7367

                                                                                  Attorneys for Plaintiff
                                                                                  MICHAEL RODMAN and the Class

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Timothy Mathews hereby attests that concurrence in the filing of this document has been obtained.*

### ~~[PROPOSED]~~ ORDER

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED THAT the deadlines for Plaintiff's motion for sanctions are modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to file motion for sanctions | March 16, 2016 | April 6, 2016 |
| Deadline for Safeway to respond | April 13, 2016 | May 4, 2016 |
| Plaintiff's reply | May 4, 2016 | May 25, 2016 |
| Hearing on Plaintiff's motion for sanctions | May 26, 2016 | June 16, 2016 |

IT IS SO ORDERED.

Date: March  14 , 2015



IT IS SO ORDERED
Judge Jon S. Tigar