1
2
3
4
5
6
7
8
9
10          IN THE UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| MICHAEL RODMAN, On Behalf Of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC.,<br><br>　　　　　Defendant. | Case No. 3:11-CV-03003-JST (JCS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION RE SEALING OF DOCUMENTS PURSUANT TO CIV. L.R. 7-11 AND 79-5 [FOR PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS]**<br><br>Date:  June 16 2016<br>Time:  2:00 p.m.<br>Crtrm.: 9 – 19th Floor<br>Trial Date: October 5, 2015<br>Judge: Hon.  Jon S. Tigar<br>Complaint filed: June 17, 2011 |

1  Plaintiff Michael Rodman's Administrative Motion Re Sealing Of Documents Pursuant To
2  Civ. L.R. 7-11 And 79-5 [For Plaintiff's Motion for Discovery Sanctions] ("Administrative
3  Motion") having been filed and the designated documents lodged with the Clerk, and Defendant,
4  Safeway Inc. ("Safeway") and Plaintiff having filed declarations in support of the motion pursuant
5  to L.R. 79-5(d) and (e), the matter having been submitted, and good cause having been shown
6  pursuant to Civil L.R. 79-5, the Court finds that the declaration filed by Safeway and Plaintiff
7  establish that the material specified below is entitled to protection under the law because it is
8  confidential and proprietary, Safeway and Plaintiff use reasonable efforts to maintain the secrecy
9  of this type of information, and, in the case of Safeway, disclosure would: (1) assist Safeway's
10 competitors by allowing them to unfairly compete; and (2) harm Safeway because competitors
11 would become aware of its confidential business information, and thus,

IT IS ORDERED that Plaintiff's Administrative Motion is GRANTED as follows:

The Court hereby orders that the following materials from the Declaration of Steven A. Schwartz in Support of Plaintiff's Motion for Discovery Sanctions ("Schwartz Decl.") and from the Declaration of James C. Shah in Support of Plaintiff's Motion for Discovery Sanctions ("Shah Decl."), all of which are attached to the supporting Declaration of Timothy N. Mathews, shall remain filed under seal, for the above reasons, and for the reasons set forth in the supporting declaration as follows:

| Document From Schwartz Decl. | Page/Line |
|---|---|
| Exhibit 2 | Entire document |
| Exhibit 3 | Entire document |
| Exhibit 4 | Entire document |
| Exhibit 5 | Entire document |
| Exhibit 7 | Entire document |
| Exhibit 8 | Entire document |
| Exhibit 9 | Entire document |

- 1 -

| Document From Schwartz Decl. | Page/Line |
|---|---|
| Exhibit 10 | Entire document |
| Exhibit 11 | Entire document |
| Exhibit 12 | Entire document |
| Exhibit 13 | Entire document |
| Exhibit 14 | Entire document |
| Exhibit 15 | Entire document |
| Exhibit 16 | Entire document |
| Exhibit 17 | Entire document |
| Exhibit 19 | Entire document |
| Exhibit 21 | Entire document |
| Exhibit 23 | Entire document |
| Exhibit 24 | Entire document |
| Exhibit 27 | Entire document |
| Exhibit 28 | Entire document |
| Exhibit 29 | Entire document |
| Exhibit 30 | Entire document |
| Exhibit 32 | Entire document |
| Exhibit 33 | Entire document |
| Exhibit 34 | Entire document |
| Exhibit 35 | Entire document |
| Exhibit 36 | Entire document |

| Document From Shah Decl. | Page/Line |
|---|---|
| Exhibit 2 | Entire document |
| Exhibit 3 | Entire document |
| Exhibit 4 | Entire document |

**IT IS SO ORDERED.**

DATED: _____

_____
JUDGE JON S. TIGAR