**PROOF OF SERVICE**

Re: *Rodman v. Safeway, Inc.*
U.S.D.C., Case No. 3:11-cv-03003 JST(JCS)

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 401 West A Street, Suite 2550, San Diego, CA 92101. On April 6, 2016, I served copies of the following documents:

- PLAINTIFF'S ADMINISTRATIVE MOTION RE SEALING OF DOCUMENTS PURSUANT TO CIV. L.R. 7-11 AND 79-5 [FOR PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS]
- DECLARATION OF TIMOTHY N. MATHEWS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION RE SEALING OF DOCUMENTS PURSUANT TO CIV. L.R. 7-11 AND 79-5 [FOR PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS]
- [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RE SEALING OF DOCUMENTS PURSUANT TO CIV. L.R. 7-11 AND 79-5 [FOR PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS]
- PROOF OF SERVICE
- PUBLIC VERSION OF THE FOLLOWING:
  - EXHIBITS 2-5, 7-17, 19, 21, 23-24, 27-30, 32-36 TO THE DECLARATION OF STEVEN A. SCHWARTZ
  - EXHIBITS 2-4 TO THE DECLARATION OF JAMES C. SHAH
- NON-PUBLIC VERSION OF THE FOLLOWING:
  - EXHIBITS 2-5, 7-17, 19, 21, 23-24, 27-30, 32-36 TO THE DECLARATION OF STEVEN A. SCHWARTZ
  - EXHIBITS 2-4 TO THE DECLARATION OF JAMES C. SHAH

on the interested parties in this action as follows:

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
sbaker@reedsmith.com
jmitchell@reedsmith.com
jdaire@reedsmith.com
cmorgan@reedsmith.com

Attorneys for Defendant
SAFEWAY INC.

1

*X*     **BY EXPRESS MAIL/OVERNIGHT DELIVERY**.  I caused such envelope containing the foregoing document(s) to be delivered by hand to the offices of the addressee via overnight delivery pursuant to C.C.P. § 1013(c) with delivery fees fully prepaid or provided for.

 *X*     **BY CM/ECF**.  I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the email address(es) set forth pursuant to FRCP 5(d)(1).

*X*     **BY COURTESY EMAIL**.  I caused such document(s) to be emailed to the email address(es) listed above.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on April 6, 2016 at San Diego, CA.

                <u>/s/    Kolin C. Tang    </u>

2