# (ENTIRE DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# EXHIBIT 8