1. James C. Shah (SBN 260435)
   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
2. 401 West A Street, Suite 2350
   San Diego, CA 92101
3. Telephone: (619) 235-2416
   jshah@sfmslaw.com
4.
   CHIMICLES & TIKELLIS LLP
5. Steven A. Schwartz
   Timothy N. Mathews
6. 361 W. Lancaster Avenue
   Haverford, PA 19041
7. Telephone: (610) 642-8500

8. Attorneys for Plaintiff and on Behalf
   of All Others Similarly Situated
9.
   Scott D. Baker (SBN 84923)
10. Jonah D. Mitchell (SBN 203511)
    James A. Daire (SBN 239637)
11. Christine M. Morgan (SBN 169350)
    REED SMITH LLP
12. 101 Second Street, Suite 1800
    San Francisco, CA 94105
13. Telephone:     (415) 543-8700
14.
    Attorneys for Defendant
15. SAFEWAY INC.

16.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No. 11-03003 JST (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SANCTIONS** |

Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and Defendant, Safeway Inc. ("Safeway") stipulate as follows:

WHEREAS, the Court entered final judgment (Dkt. No. 406) in favor of Plaintiff for breach of contract damages plus pre-judgment interest and against Safeway Inc. ("Safeway");

WHEREAS, Safeway filed a notice of appeal (Dkt. No. 408), which appeal is pending before the United States Court of Appeals for the Ninth Circuit;

WHEREAS, Plaintiff filed a Motion for Sanctions on April 6, 2016 (Dkt. No. 434);

WHEREAS, Safeway's opposition is currently due on May 4, 2016 and Plaintiff's reply is currently due on May 25, 2016 (Dkt. No. 432);

WHEREAS, the parties have agreed to a one week extension for each of their respective deadlines; and

WHEREAS, the agreement leaves more than two weeks between Plaintiff's reply and the previously scheduled hearing date, which the parties are not seeking to change.

NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree that, subject to approval by the Court, the deadlines for Plaintiff's Motion for Sanctions shall be modified as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Safeway to respond | May 4, 2016 | May 11, 2016 |
| Plaintiff's reply | May 25, 2016 | June 4, 2016 |
| Hearing on Plaintiff's motion for sanctions | June 16, 2016 | No change |

1  IT IS SO STIPULATED.

2  Dated:  April 28, 2016                                    Dated:  April 28, 2016

3  REED SMITH LLP                                            CHIMICLES & TIKELLIS LLP

4  By:  ___*/s/ James A. Daire*___                By:  ___*/s/ Timothy N. Mathews*___
      Scott D. Baker (SBN 84923)                       Steven A. Schwartz (pro hac vice)
      Jonah D. Mitchell (SBN 203511)                   Timothy N. Mathews (pro hac vice)
      James A. Daire (SBN 239637)                      361 W. Lancaster Ave.
      Christine M. Morgan (SBN 169350)                 Haverford, PA 19041
      101 Second Street, Suite 1800                    Telephone:     (610) 642-8500
      San Francisco, CA 94105                          Facsimile:     (610) 649-3633
      Telephone:     (415) 543-8700
      Facsimile:     (415) 391-8269                    James C. Shah (SBN 260435)
                                                       Rose F. Luzon (SBN 221544)
      Attorneys for Defendant                          SHEPHERD, FINKELMAN,
      SAFEWAY INC.                                        MILLER & SHAH
                                                       401 West A Street, Suite 2350
                                                       San Diego, CA 92101
                                                       Telephone:     (619) 235-2416
                                                       Facsimile:     (866) 300-7367

                                                       Attorneys for Plaintiff
                                                       MICHAEL RODMAN and the Class

\* I, James A. Daire, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Timothy N. Mathews have concurred in this filing.

**[PROPOSED] ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED THAT the deadlines for Plaintiff's motion for sanctions are modified as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Safeway to respond | May 4, 2016 | May 11, 2016 |
| Plaintiff's reply | May 25, 2016 | ~~June 4, 2016~~ June 1, 2016 |
| Hearing on Plaintiff's motion for sanctions | June 16, 2016 | No change |

IT IS SO ORDERED.

Date: April 28 2016

GRANTED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA