1  James C. Shah (SBN 260435)
   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
2  401 West A Street, Suite 2350
   San Diego, CA 92101
3  Telephone: (619) 235-2416
   jshah@sfmslaw.com
4
   CHIMICLES & TIKELLIS LLP
5  Steven A. Schwartz
   Timothy N. Mathews
6  361 W. Lancaster Avenue
   Haverford, PA 19041
7  Telephone: (610) 642-8500

8  Attorneys for Plaintiff and on Behalf
   of All Others Similarly Situated
9
   Scott D. Baker (SBN 84923)
10 Jonah D. Mitchell (SBN 203511)
   James A. Daire (SBN 239637)
11 Christine M. Morgan (SBN 169350)
   REED SMITH LLP
12 101 Second Street, Suite 1800
13 San Francisco, CA 94105
   Telephone:     (415) 543-8700
14
   Attorneys for Defendant
15 SAFEWAY INC.

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19

20 | MICHAEL RODMAN, on behalf of himself and all others similarly situated, | Case No. 11-03003 JST (JCS)

21 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SANCTIONS**
22 | v. |
23 | SAFEWAY INC., |
24 | Defendant. |

25

26

27

28

-1-                                Case No. 11-03003 JST (JCS)
                                   JOINT STIP. & ORDER REGARDING
                                   SCHEDULE FOR PLS. SANCTIONS MOTION

1  Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and
2  Defendant Safeway Inc. ("Safeway") stipulate as follows:
3  WHEREAS, the Court entered final judgment (Dkt. No. 406) in favor of Plaintiff for
4  breach of contract damages plus pre-judgment interest and against Safeway Inc. ("Safeway");
5  WHEREAS, Safeway filed a notice of appeal (Dkt. No. 408), which appeal is pending
6  before the United States Court of Appeals for the Ninth Circuit;
7  WHEREAS, Plaintiff filed a Motion for Sanctions on April 6, 2016 (Dkt. No. 434);
8  WHEREAS, by prior stipulation, the deadline for Safeway's opposition was extended from
9  May 4, 2016 to May 11, 2016 and the deadline for Plaintiff's reply was extended from May 25,
10 2016 to June 1, 2016 (Dkt. No. 438);
11 WHEREAS, the Court continued the hearing on Plaintiff's Motion for Sanctions from June
12 16, 2016 to July 14, 2016 (Dkt. No. 439);
13 WHEREAS, the parties have agreed to a two day extension for each of their respective
14 deadlines; and
15
16 NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree
17 that, subject to approval by the Court, the deadlines for Plaintiff's Motion for Sanctions shall be
18 modified as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Safeway to respond | May 11, 2016 | May 13, 2016 |
| Plaintiff's reply | June 1, 2016 | June 3, 2016 |
| Hearing on Plaintiff's motion for sanctions | July 14, 2016 | No change |

1  IT IS SO STIPULATED.

2  Dated: May 9, 2016                    Dated: May 9, 2016

3  REED SMITH LLP                       CHIMICLES & TIKELLIS LLP

4  By:  */s/ Jonah D. Mitchell*\*         By:  */s/ Timothy N. Mathews*
    Scott D. Baker (SBN 84923)            Steven A. Schwartz (pro hac vice)
5   Jonah D. Mitchell (SBN 203511)        Timothy N. Mathews (pro hac vice)
    James A. Daire (SBN 239637)           361 W. Lancaster Ave.
6   Christine M. Morgan (SBN 169350)      Haverford, PA 19041
    101 Second Street, Suite 1800         Telephone:   (610) 642-8500
7   San Francisco, CA 94105               Facsimile:   (610) 649-3633
    Telephone:   (415) 543-8700
8   Facsimile:   (415) 391-8269           James C. Shah (SBN 260435)
                                          Rose F. Luzon (SBN 221544)
9                                         SHEPHERD, FINKELMAN,
    Attorneys for Defendant                  MILLER & SHAH
10  SAFEWAY INC.                          401 West A Street, Suite 2350
                                          San Diego, CA 92101
11                                        Telephone:   (619) 235-2416
                                          Facsimile:   (866) 300-7367
12
                                          Attorneys for Plaintiff
13                                        MICHAEL RODMAN and the Class

14

15
   **\*** I, Jonah D. Mitchell, am the ECF User whose identification and password are being used to file
16 this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Timothy N.
   Mathews have concurred in this filing.
17

18

19

20

21

22

23

24

25

26

27

28

-3-                              Case No. 11-03003 JST (JCS)
                                 JOINT STIP. & ORDER REGARDING
                                 SCHEDULE FOR PLS. SANCTIONS MOTION

**[PROPOSED] ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED THAT the deadlines for Plaintiff's motion for sanctions are modified as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Safeway to respond | May 11, 2016 | May 13, 2016 |
| Plaintiff's reply | June 1, 2016 | June 3, 2016 |
| Hearing on Plaintiff's motion for sanctions | July 14, 2016 | No change |

IT IS SO ORDERED.

Date: May 10, 2016

IT IS SO ORDERED
Judge Jon S. Tigar