UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY INC.,<br><br>　　　　　Defendant. | Case No. 11-cv-03003-JST<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 445 |

　　　　Safeway Inc. ("Safeway") moves to file under seal exhibits attached to its Opposition to Plaintiff's Motion for Discovery Sanctions. ECF No. 445. Safeway seeks to file under seal because Plaintiff has designated the material as confidential. Local Rule 79-5 requires that, within four days of the filing of the administrative motion to file under seal, Plaintiff file a declaration establishing that the designated material is sealable. Plaintiff failed to file a declaration in support of sealing within four days of the filing of Safeway's motion on May 13, 2016. Should Plaintiff not file its declaration by May 27, 2016, the Court will deny the motion to file under seal and Safeway may file the documents in the public record.

　　　　IT IS SO ORDERED.

Dated: May 23, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge