1  James C. Shah (SBN 260435)
   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
2  401 West A Street, Suite 2350
   San Diego, CA 92101
3  Telephone: (619) 235-2416
   jshah@sfmslaw.com
4
   CHIMICLES & TIKELLIS LLP
5  Steven A. Schwartz
   Timothy N. Mathews
6  361 W. Lancaster Avenue
   Haverford, PA 19041
7  Telephone: (610) 642-8500

8  Attorneys for Plaintiff and on Behalf
   of All Others Similarly Situated
9
   Scott D. Baker (SBN 84923)
10 Jonah D. Mitchell (SBN 203511)
   James A. Daire (SBN 239637)
11 Christine M. Morgan (SBN 169350)
   REED SMITH LLP
12 101 Second Street, Suite 1800
   San Francisco, CA 94105
13 Telephone:    (415) 543-8700

14
   Attorneys for Defendant
15 SAFEWAY INC.

16
                  UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18

19
20  MICHAEL RODMAN, on behalf of himself    Case No. 11-03003 JST (JCS)
    and all others similarly situated,
21                                          **JOINT STIPULATION AND [PROPOSED]
                    Plaintiff,              ORDER CONTINUING HEARING DATE
22                                          FOR PLAINTIFF'S MOTION FOR
           v.                               SANCTIONS**
23
    SAFEWAY INC.,
24
                    Defendant.
25

26

27

28
                                      -1-                    Case No. 11-03003 JST (JCS)
                                                    JOINT STIP. & ORDER CONTINUING
                                                        HEARING DATE FOR PLS.
                                                           SANCTIONS MOTION

1   Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and
2   Defendant Safeway Inc. ("Safeway") stipulate as follows:
3   WHEREAS, the Court entered final judgment (Dkt. No. 406) in favor of Plaintiff for
4   breach of contract damages plus pre-judgment interest and against Safeway Inc. ("Safeway");
5   WHEREAS, Safeway filed a notice of appeal (Dkt. No. 408), which appeal is pending
6   before the United States Court of Appeals for the Ninth Circuit;
7   WHEREAS, Plaintiff filed a Motion for Sanctions on April 6, 2016 (Dkt. No. 434);
8   WHEREAS, Safeway filed its Opposition to Plaintiff's Motion for Sanctions on May 13,
9   2016 (Dkt. No. 446);
10   WHEREAS, Plaintiff filed his Reply in support of Plaintiff's Motion for Sanctions on
11   Friday, June 3, 2016 (Dkt. No. 453);
12   WHEREAS, on May 2, 2016, the Court continued the hearing on Plaintiff's Motion for
13   Sanctions from June 16, 2016 to July 14, 2016 (Dkt. No. 439);
14   WHEREAS, Safeway requested Plaintiff agree to continue the hearing one week, from
15   July 14, 2016 to July 21, 2016, because of conflict in Safeway's counsel's schedule, and Plaintiff
16   agreed; and
17
18   NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree
    that, subject to approval by the Court, to continue the hearing date on Plaintiff's Motion for
19   Sanctions from July 14, 2016 at 2:00 pm to July 21, 2016 at 2:00 pm.
20
21
22   IT IS SO STIPULATED.

23   Dated:  June 10, 2016                          Dated:  June 10, 2016

24   REED SMITH LLP                                  CHIMICLES & TIKELLIS LLP

25   By: ____/s/ Jonah D. Mitchell*_____          By: ____/s/ Steven A. Schwartz_____
        Scott D. Baker (SBN 84923)                       Steven A. Schwartz (pro hac vice)
26      Jonah D. Mitchell (SBN 203511)                   Timothy N. Mathews (pro hac vice)
        James A. Daire (SBN 239637)                      361 W. Lancaster Ave.
27      Christine M. Morgan (SBN 169350)                 Haverford, PA 19041
        101 Second Street, Suite 1800                    Telephone:    (610) 642-8500
28

-2-                                   Case No. 11-03003 JST (JCS)
                                      JOINT STIP. & ORDER CONTINUING
                                      HEARING DATE FOR PLS.
                                      SANCTIONS MOTION

| | |
|---|---|
| San Francisco, CA 94105<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br><br>Attorneys for Defendant<br>SAFEWAY INC. | Facsimile: (610) 649-3633<br><br>James C. Shah (SBN 260435)<br>Rose F. Luzon (SBN 221544)<br>SHEPHERD, FINKELMAN,<br>    MILLER & SHAH<br>401 West A Street, Suite 2350<br>San Diego, CA 92101<br>Telephone: (619) 235-2416<br>Facsimile: (866) 300-7367<br><br>Attorneys for Plaintiff<br>MICHAEL RODMAN and the Class |

\* I, Jonah D. Mitchell, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Steven A. Schwartz have concurred in this filing.

-3-

Case No. 11-03003 JST (JCS)
JOINT STIP. & ORDER CONTINUING
HEARING DATE FOR PLS.
SANCTIONS MOTION

1 **[PROPOSED] ORDER**

2    Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED

3 THAT the hearing on Plaintiff's Motion for Sanctions is continued from July 14, 2016 at 2:00 pm

4 to July 21, 2016 at 2:00 pm.  IT IS SO ORDERED.

6 Date:  June 10, 2016



IT IS SO ORDERED

Judge Jon S. Tigar

-4-    Case No. 11-03003 JST (JCS)
JOINT STIP. & ORDER CONTINUING
HEARING DATE FOR PLS.
SANCTIONS MOTION