James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:    (415) 543-8700

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | Case No. 11-03003 JST (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR SANCTIONS** |
|---|---|

-1-

Case No. 11-03003 JST (JCS)
JOINT STIP. & ORDER CONTINUING
HEARING DATE FOR PLS.
SANCTIONS MOTION

1  Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and
2 Defendant Safeway Inc. ("Safeway") stipulate as follows:
3  WHEREAS, the Court entered final judgment (Dkt. No. 406) in favor of Plaintiff for
4 breach of contract damages plus pre-judgment interest and against Safeway Inc. ("Safeway");
5  WHEREAS, Safeway filed a notice of appeal (Dkt. No. 408), which appeal is pending
6 before the United States Court of Appeals for the Ninth Circuit;
7  WHEREAS, Plaintiff filed a Motion for Sanctions on April 6, 2016 (Dkt. No. 434);
8  WHEREAS, Safeway filed its Opposition to Plaintiff's Motion for Sanctions on May 13,
9 2016 (Dkt. No. 446);
10  WHEREAS, Plaintiff filed his Reply in support of Plaintiff's Motion for Sanctions on
11 Friday, June 3, 2016 (Dkt. No. 453);
12  WHEREAS, on May 2, 2016, the Court continued the hearing on Plaintiff's Motion for
13 Sanctions from June 16, 2016 to July 14, 2016 (Dkt. No. 439);
14  WHEREAS, on June 26, 2016, the Court continued the hearing on Plaintiff's Motion for
15 Sanctions from July 14, 2016 to July 21, 2016 (Dkt. No 456);
16  WHEREAS, due to a recent family tragedy, Safeway's lead counsel is unavailable to
17 participate in a hearing on July 21, 2016, and Plaintiff's counsel has agreed to Safeway's request
18 to continue the hearing date;
19  NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree
20 that, subject to approval by the Court, to continue the hearing date on Plaintiff's Motion for
21 Sanctions from July 21, 2016 at 2:00 pm to August 18, 2016 at 2:00 pm, or thereafter as the
22 Court's schedule will permit.

IT IS SO STIPULATED.

Dated: July 15, 2016                    Dated: July 15, 2016

REED SMITH LLP                          CHIMICLES & TIKELLIS LLP

By: ____/s/ James A. Daire *_____   By: ____/s/ Steven A. Schwartz_____

-2-                                     Case No. 11-03003 JST (JCS)
                                        JOINT STIP. & ORDER CONTINUING
                                        HEARING DATE FOR PLS.
                                        SANCTIONS MOTION

| | |
|---|---|
| Scott D. Baker (SBN 84923)<br>Jonah D. Mitchell (SBN 203511)<br>James A. Daire (SBN 239637)<br>Christine M. Morgan (SBN 169350)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone:     (415) 543-8700<br>Facsimile:     (415) 391-8269<br><br>Attorneys for Defendant<br>SAFEWAY INC. | Steven A. Schwartz (pro hac vice)<br>Timothy N. Mathews (pro hac vice)<br>361 W. Lancaster Ave.<br>Haverford, PA 19041<br>Telephone:     (610) 642-8500<br>Facsimile:     (610) 649-3633<br><br>James C. Shah (SBN 260435)<br>Rose F. Luzon (SBN 221544)<br>SHEPHERD, FINKELMAN,<br>     MILLER & SHAH<br>401 West A Street, Suite 2350<br>San Diego, CA 92101<br>Telephone:     (619) 235-2416<br>Facsimile:     (866) 300-7367<br><br>Attorneys for Plaintiff<br>MICHAEL RODMAN and the Class |

\* I, James A. Daire, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Steven A. Schwartz has concurred in this filing.

1          **[PROPOSED] ORDER**

2          Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS ORDERED

3   THAT the hearing on Plaintiff's Motion for Sanctions is continued from July 21, 2016 at 2:00 pm

4   to August ~~18~~ 25, 2016 at 2:00 pm.  IT IS SO ORDERED.

6   Date:  July  15 , 2016



-4-                                              Case No. 11-03003 JST (JCS)

JOINT STIP. & ORDER CONTINUING
HEARING DATE FOR PLS.
SANCTIONS MOTION