UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, <br> Plaintiff, <br> v. <br> SAFEWAY INC., <br> Defendant. | Case No. 11-cv-03003-JST <br> **ORDER REGARDING JUDGMENT DISTRIBUTION** <br> Re: ECF No. 474 |

Pending before the Court is the parties' joint stipulation and proposed scheduling order regarding judgment distribution. The Court will largely adopt the parties' proposed order, but will make minor adjustments to the briefing and hearing schedule to ensure that class members have adequate time to consider the notice of award, motion for attorneys' fees, and other materials relevant to their participation in the class. Therefore, good cause appearing, the Court now orders as follows:

1. Angeion Group is appointed as Judgment Administrator.

2. Safeway shall transfer the Judgment amount into to a Judgment Distribution Fund account backed by the full faith and credit of the United States Government at Angeion Group's bank, Huntington National Bank.

3. The Notice Plan set forth in the parties' Joint Report, ECF No. 473, and the proposed forms of Notice attached as Exhibits 1 and 2 to the parties' stipulation, ECF Nos. 474-1, 474-2, are hereby approved.

4. The Court adopts the following notice, briefing, and hearing schedule:

| Event | Date |
|---|---|
| Notice to the Class and Posting of Notice/FAQs to Case Website | Not later than December 15, 2017 |
| Class Counsel's Motion for Attorney Fees, reimbursement of Expenses, and Service Award | January 4, 2018 |
| Class Member Objection Deadline | March 2, 2018 |
| Class Counsel's Response, and any Response of Safeway to Any Objection or Other Responses by Class Members | March 16, 2018 |
| Hearing on Class Counsel's Motion for Attorney Fees, Reimbursement of Expenses, and Service Award; Plan of Distribution; and *Cy Pres* Recipients | March 29, 2018 |

**IT IS SO ORDERED.**

Dated: November 28, 2017

_____
JON S. TIGAR
United States District Judge