James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
E-mail: jshah@sfmslaw.com

CHIMICLES & TIKELLIS LLP
Steven A. Schwartz
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
E-mail: steveschwartz@chimicles.com
E-mail: timothy Mathews@chimicles.com

Attorneys for Plaintiff and on Behalf
of All Others Similarly Situated

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
E-mail: sbaker@reedsmith.com
E-mail: jmitchell@reedsmith.com
E-mail: jdaire@reedsmith.com

Attorneys for Defendant
SAFEWAY INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODMAN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>SAFEWAY INC.,<br><br>            Defendant. | Case No. 11-03003 JST (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXONERATING BOND AND SURETY** |

Plaintiff Michael Rodman on behalf of himself and the certified Class ("Plaintiff") and Defendant Safeway Inc. ("Safeway") stipulate as follows:

WHEREAS, the Court entered final judgment in favor of Plaintiff for breach of contract damages plus pre-judgment interest against Safeway on November 30, 2015 (Dkt. No. 406) (the "Judgment").

WHEREAS, a Supersedeas Bond was issued by surety Westchester Fire Insurance Company and posted on behalf of Safeway on January 5, 2016 in the sum of Forty Two Million and No/100 Dollars ($42,000,000.00), Bond No. K08504040, in conjunction with Safeway's appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment, and filed with the Court on January 7, 2016 (Dkt. No. 415).

WHEREAS, the United States Court of Appeals for the Ninth Circuit affirmed the Judgment.

WHEREAS, Safeway has satisfied the Judgment in full by depositing into a Judgment Distribution Fund with Huntington National Bank the amount of Forty Two Million Three Hundred Twenty One Thousand Three Hundred Fifty Five and 45/100 Dollars ($42,321,355.45) on December 15, 2017.[1]

WHEREAS, the parties agree that the Court may now release and exonerate Bond No. K08504040.

---

[1] As set forth in the parties Joint Case Management Report and Stipulation Regarding Judgment Distribution, Dkt. No. 473, Safeway is obligated to pay Class Counsel $118,610.80 for taxable costs by January 15, 2018.

1 **IT IS SO STIPULATED.**

3 Dated: December 18, 2017

4 REED SMITH LLP

5 By: _____*/s/ Jonah D. Mitchell\**_____
Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
James A. Daire (SBN 239637)
Christine M. Morgan (SBN 169350)
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
SAFEWAY INC.

Dated: December 18, 2017

CHIMICLES & TIKELLIS LLP

By: _____*/s/ Steven A. Schwartz*_____
Steven A. Schwartz (pro hac vice)
Timothy N. Mathews (pro hac vice)
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone:    (610) 642-8500
Facsimile:    (610) 649-3633

James C. Shah (SBN 260435)
Rose F. Luzon (SBN 221544)
SHEPHERD, FINKELMAN,
   MILLER & SHAH
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone:    (619) 235-2416
Facsimile:    (866) 300-7367

Attorneys for Plaintiff
MICHAEL RODMAN and the Class

**\*** I, Jonah D. Mitchell, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Steven A. Schwartz have concurred in this filing.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the Supersedeas Bond issued by surety Westchester Fire Insurance Company and posted on behalf of Safeway on January 5, 2016 in the sum of Forty Two Million and No/100 Dollars ($42,000,000.00), Bond No. K08504040, in conjunction with Safeway's appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment, and surety Westchester Fire Insurance Company are released, exonerated and discharged from further liability forthwith.

Date:  December  19, 2017

_____
HON. JON S. TIGAR