December 28, 2017

Re: Rodman v. Safeway, Inc.

Civil Action No. 11-3003

(N.D. Cal.)

RECEIVED
JAN 02 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My objection is to the method used to reimburse the Class Counsel in this matter. Rather than a blanket percentage, I believe it would be fairer to the Class Members to reimburse the Class Counsel at their regular rates, plus documented expenses – or at least to reimburse the Class Counsel using the lesser of the two methods.

Owen O'Neal

3510 Nassau Avenue NE

Tacoma, WA 98422-2246

oloneal@hotmail.com

*Owen O'Neal*

December 28, 2017

11-cv-03003-JST   Document 479   Filed 01/02/18   Pag

OWEN O'NEAL
3510 NASSAU AVE NE
TACOMA, WA 98422

SEATTLE WA 980
29 DEC '17
PM 5 L

CLERK FOR RODMAN V. SAFEWAY
CIVIL ACTION NO. 11-3003-JST
(N.D. CAL)
U.S. COURT FOR THE N.D. OF CAL.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

94102-348299



FOREVER
B06071202214133